IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BRIAN CHIVAS JAMES )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Defendant. ) | Civil No. 8:11-cv-00271-JSM-AEP |

DECLARATION OF MICHAEL W. MAY

I, Michael W. May, declare pursuant to Title 28 United States Code § 1746 as follows:

1. I am employed by the United States Department of Justice, Tax Division as a Trial Attorney. I am lead counsel for the United States of America in the above-captioned proceeding. I have prepared this declaration in support of the United States' Motion for Partial Summary Judgment. ("Motion").

2. As counsel for the United States in this matter, I have access to the various documents made part of the record in the above-captioned proceeding.

3. As counsel for the United States in this matter, I took the deposition of Plaintiff Brian Chivas James on October 6, 2011. A true and correct copy of the transcript of that deposition, along with its Errata Sheet, is attached to the Motion as Government Exhibit A.

4. As counsel for the United States in this matter, I took the deposition of Stephen P. Donaldson on September 21, 2011. A true and correct copy of the transcript of that deposition is attached to the Motion as Government Exhibit B.

5. As counsel for the United States in this matter, I took the deposition of Joshua Crithfield on September 22, 2011. A true and correct copy of the transcript of that deposition is attached to the Motion as Government Exhibit C

6. True and correct copies of Exhibits 4, 10, 16, 19, 20, 22, and 23 as referred to in the depositions of Plaintiff Brian Chivas James, Stephen P. Donaldson, and Joshua Crithfield are attached to the Motion by the number referred to in those depositions.

7. In response to requests for production of documents served upon him by the United States, Plaintiff Brian Chivas James produced copies of his Forms 3520, Annual Return to Report Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts for the years 2002 and 2003. True and correct copies of those documents are attached to the Motion as Exhibits 46 and 47, respectively.

8. Exhibit 48 to the Motion is a true and correct copy of Plaintiff's verified Responses and Objections to the Defendant's Interrogatories served upon him by the United States in this action.

9. Exhibit 49 to the Motion is a true and correct copy of an e-mail I received in response to an inquiry to Stephen Donaldson made following his deposition.

10. Exhibits 50, 51, and 52 to the Motion are true and correct certified copies of Forms 4340, "Certificates of Assessments, Payments, and Other Specified Matters" reflecting

the IRS's records of the assessment and payment of Plaintiff's civil penalties for 2001, 2002, and 2003, respectively.

11. In response to requests for production of documents served upon him by the United States, Plaintiff Brian Chivas James produced a letter received by him from the IRS dated March 14, 2005. A true and correct copy of that letter is attached to the Motion as Exhibit 53.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 2nd day of March, 2012.

_____
Michael W. May
Trial Attorney
Tax Division