0722129869914-3

Extension Granted To 10/15/03

# Form 1040 — U.S. Individual Income Tax Return — 2002

EXTENSIONS FILED CERTIFIED

(99) IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2002, or other tax year beginning , 2002, ending , 20

OMB No. 1545-0074

**Label** (See instructions on page 21.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: **BRIAN C.**
Last name: **JAMES**
Your social security number: ███-██-4054

If a joint return, spouse's first name and initial: 
Last name: 
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see page 21.
**3920 BEE RIDGE ROAD, BUILDING E**
Apt. no.:

City, town or post office, state, and ZIP code. If you have a foreign address, see page 21.
**SARASOTA, FL  34233**

▲ **Important!** ▲ You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 21.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ... You: ☐ Yes ☒ No   Spouse: ☐ Yes ☐ No

**Filing Status** (Check only one box.)
1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 21.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 21.)

**Exemptions**
6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b ☐ Spouse
c Dependents: (1) First name / Last name / (2) Dependent's social security number / (3) Dependent's relationship to you / (4) ✓ if qualifying child for child tax credit (see page 22)

If more than five dependents, see page 22.

No. of boxes checked on 6a and 6b: **1**
No. of your children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 22)
Dependents on 6c not entered above
Add numbers on lines above ▶ **1**

d Total number of exemptions claimed

RECD FEB 27 2006 CINCINNATI SERVICE CENTER NO. 79 SELECTED AUG 27 2004 BY CLASSIFICATION PSC 299

| | Income | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 169,999.96 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 189.46 |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 0.00 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | -3,000.00 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a       b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities  16a       b Taxable amount (see page 25) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 514,445.27 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits  20a       b Taxable amount (see page 27) | 20b | |
| 21 | Other income. List type and amount (see page 29) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 681,634.69 |

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.
If you did not get a W-2, see page 23.
Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | Adjusted Gross Income | | |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | |
| 24 | IRA deduction (see page 29) | 24 | |
| 25 | Student loan interest deduction (see page 31)  Stmt 2 | 25 | 0.00 |
| 26 | Tuition and fees deduction (see page 32) | 26 | |
| 27 | Archer MSA deduction. Attach Form 8853 | 27 | |
| 28 | Moving expenses. Attach Form 3903 | 28 | |
| 29 | One-half of self-employment tax. Attach Schedule SE | 29 | |
| 30 | Self-employed health insurance deduction (see page 33) | 30 | 4,795.00 |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | 31 | |
| 32 | Penalty on early withdrawal of savings | 32 | |
| 33a | Alimony paid  b Recipient's SSN ▶ 433 33 5498 | 33a | 42,680.00 |
| 34 | Add lines 23 through 33a | 34 | 47,475.00 |
| 35 | Subtract line 34 from line 22. This is your **adjusted gross income** ▶ | 35 | 634,159.69 |

SURVEY BEFORE ASSIGNMENT  2/16/2006  Group Supervisor

RECEIVED LB - AT 26  OCT 1 9 2005  IRS ATLANTA, GA

210001 10-29-02

LHA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 76.

Exhibit 16

Form **1040** (2002)

IRSADMIN000006

Form 1040 (2002)   BRIAN C. JAMES                                                                  -4054                                     Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 36 | Amount from line 35 (adjusted gross income) | 36 | 634,159.69 |

Standard Deduction for -
- People who checked any box on line 37a or 37b **or** who can be claimed as a dependent.

| | | |
|---|---|---|
| 37a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 37a | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien ▶ 37b ☐ | |
| 38 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | 48,910.79 |
| 39 | Subtract line 38 from line 36 | 585,248.90 |
| 40 | If line 36 is $103,000 or less, multiply $3,000 by the total number of exemptions claimed on line 6d. If line 36 is over $103,000, see the worksheet on page 35 | 0.00 |
| 41 | **Taxable income.** Subtract line 40 from line 39. If line 40 is more than line 39, enter -0- | 585,248.90 |
| 42 | **Tax.** Check if any tax from: a ☐ Form(s) 8814  b ☐ Form 4972 | 202,104.78 |
| 43 | **Alternative minimum tax.** Attach Form 6251 | 0.00 |
| 44 | Add lines 42 and 43 ▶ | 202,104.78 |

- All others:
Single, $4,700
Head of household, $6,900
Married filing jointly or Qualifying widow(er), $7,850
Married filing separately, $3,925

| | | | |
|---|---|---|---|
| 45 | Foreign tax credit. Attach Form 1116 if required | 45 | |
| 46 | Credit for child and dependent care expenses. Attach Form 2441 | 46 | |
| 47 | Credit for the elderly or the disabled. Attach Schedule R | 47 | |
| 48 | Education credits. Attach Form 8863 | 48 | |
| 49 | Retirement savings contributions credit. Attach Form 8880 | 49 | |
| 50 | Child tax credit (see page 39) | 50 | |
| 51 | Adoption credit. Attach Form 8839 | 51 | |
| 52 | Credits from:   a ☐ Form 8396   b ☐ Form 8859 | 52 | |
| 53 | Other credits. Check applicable box(es):   a ☐ Form 3800   b ☐ Form 8801   c ☐ Specify _____ | 53 | |
| 54 | Add lines 45 through 53. These are your **total credits** | 54 | |
| 55 | Subtract line 54 from line 44. If line 54 is more than line 44, enter -0- ▶ | 55 | 202,104.78 |

**Other Taxes**

| | | |
|---|---|---|
| 56 | Self-employment tax. Attach Schedule SE | 56 | |
| 57 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 57 | |
| 58 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach 5329 if required | 58 | |
| 59 | Advance earned income credit payments from Form(s) W-2 | 59 | |
| 60 | Household employment taxes. Attach Schedule H | 60 | |
| 61 | Add lines 55 through 60. This is your **total tax** ▶ | 61 | 202,104.78 |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 59,677.24 |
| 63 | 2002 estimated tax payments and amount applied from 2001 return | 63 | |
| 64 | **Earned income credit (EIC)** | 64 | |
| 65 | Excess social security and tier 1 RRTA tax withheld (see page 56) | 65 | |
| 66 | Additional child tax credit. Attach Form 8812 | 66 | |
| 67 | Amount paid with request for extension to file (see page 56) | 67 | |
| 68 | Other payments from:  a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 68 | |
| 69 | Add lines 62 through 68. These are your **total payments** ▶ | 69 | 59,677.24 |

**Refund**
Direct deposit? See page 56 and fill in 71b, 71c, and 71d.

| | | |
|---|---|---|
| 70 | If line 69 is more than line 61, subtract line 61 from line 69. This is the amount you **overpaid** | 70 | |
| 71a | Amount of line 70 you want **refunded to you** ▶ | 71a | |
| b | Routing number ▶ ___   c Type: ☐ Checking ☐ Savings   d Account number ▶ ___ | | |
| 72 | Amount of line 70 you want **applied to your 2003 estimated tax** ▶ | 72 | |

**Amount You Owe**

| | | |
|---|---|---|
| 73 | **Amount you owe.** Subtract line 69 from line 61. For details on how to pay, see page 57 ▶ | 73 | 146,965.46 |
| 74 | Estimated tax penalty (see page 57) | 74 | 4,537.92 |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 58)? ☒ **Yes.** Complete the following. ☐ No

Designee's name ▶ Preparer   Phone no. ▶   Personal identification number (PIN) ▶

**Sign Here**
Joint return? See page 21.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ [signed]   Date   Your occupation PHYSICIAN   Daytime phone number

Spouse's signature. If a joint return, **both** must sign.   Date   Spouse's occupation

**Paid Preparer's Use Only**

210002 01-31-03

| Preparer's signature ▶ [signed] | Date 09/14/03 | Check if self-employed ☐ | Preparer's SSN or PTIN 1694 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | GEORGE V FAMIGLIO JR & ASSOC, CPA's  1634 MAIN STREET  SARASOTA, FL 34236 | EIN 7303 | Phone no. (941)957-0775 |

```
** Interest not Included                                3,615.30
** Penalty  not Included                                4,272.83

                        **** Total Due               154,853.59
```

| SCHEDULES A&B (Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | Schedule A - Itemized Deductions<br>(Schedule B is on page 2)<br>▶ Attach to Form 1040.   ▶ See Instructions for Schedules A and B (Form 1040). | OMB No. 1545-0074<br>**2002**<br>Attachment Sequence No. **07** |

Name(s) shown on Form 1040: **BRIAN C. JAMES**   Your social security number: 4054

### Medical and Dental Expenses

Caution. Do not include expenses reimbursed or paid by others.
1. Medical and dental expenses (see page A-2) ...... See Statement 8 ... **1** | 2,671.00
2. Enter amount from Form 1040, line 36 ............ **2** | 634,159.69
3. Multiply line 2 above by 7.5% (.075) ............. **3** | 47,561.98
4. Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- ... **4** | 0.00

### Taxes You Paid (See page A-2.)

5. State and local income taxes ... **5**
6. Real estate taxes (see page A-2) ... **6** | 18,645.00
7. Personal property taxes ... **7**
8. Other taxes. List type and amount ▶ _____ **8**
9. Add lines 5 through 8 ... **9** | 18,645.00

### Interest You Paid (See page A-3.)

Note: Personal interest is not deductible.

10. Home mortgage interest and points reported to you on Form 1098  Stmt 7  **10** | 44,809.58
11. Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ _____ **11**
12. Points not reported to you on Form 1098. (See page A-3.) ... **12**
13. Investment interest. Attach Form 4952 if required. (See page A-3.) ... **13**
14. Add lines 10 through 13 ... **14** | 44,809.58

### Gifts to Charity

If you made a gift and got a benefit for it, see page A-4.

15. Gifts by cash or check. If you made any gift of $250 or more, see page A-4 ... See Statement 6  **15** | 362.00
16. Other than by cash or check. If any gift of $250 or more, see page A-4. You **must** attach Form 8283 if over $500 ... **16**
17. Carryover from prior year ... **17**
18. Add lines 15 through 17 ... **18** | 362.00

### Casualty and Theft Losses
19. Casualty or theft loss(es). Attach Form 4684. (See page A-5.) ... **19**

### Job Expenses and Most Other Miscellaneous Deductions

(See page A-5 for expenses to deduct here.)

20. Unreimbursed employee expenses - job travel, union dues, job education, etc. You **must** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ _____ **20**
21. Tax preparation fees ... **21**
22. Other expenses - investment, safe deposit box, etc. List type and amount ▶ _____ **22**
23. Add lines 20 through 22 ... **23**
24. Enter amount from Form 1040, line 36 ... **24**
25. Multiply line 24 above by 2% (.02) ... **25**
26. Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- ... **26**

### Other Miscellaneous Deductions
27. Other - from list on page A-6. List type and amount ▶ _____ **27**

### Total Itemized Deductions

28. Is Form 1040, line 36, over $137,300 (over $68,650 if married filing separately)?   Stmt 9
    ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 38.
    ☒ Yes. Your deduction may be limited. See page A-6 for the amount to enter.
    ▶ **28** | 48,910.79

219501 10-25-02  LHA  For Paperwork Reduction Act Notice, see Form 1040 instructions.           Schedule A (Form 1040) 2002

Schedules A&B (Form 1040) 2002 | OMB No. 1545-0074 | Page **2**

Name(s) shown on Form 1040. Do not enter name and social security number if shown on page 1. | Your social security number

BRIAN C. JAMES | ▋4054

## Schedule B - Interest and Ordinary Dividends

Attachment Sequence No. **08**

**Part I Interest**

1. List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶

| Payer | Amount |
|---|---|
| HUNTINGTON BANK | 107.51 |
| SUN TRUST BANK | 60.95 |
| From K-1 - SARASOTA SURGICARE LTD | 21.00 |

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

2. Add the amounts on line 1 ............ **2** | 189.46
3. Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815 ............ **3**
4. Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ **4** | 189.46

Note. If line 4 is over $1,500, you must complete Part III.

**Part II Ordinary Dividends**

5. List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13. ▶

**Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

6. Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ............ ▶ **6**

Note. If line 6 is over $1,500, you must complete Part III.

**Part III Foreign Accounts and Trusts**

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; OR **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| 7a At any time during 2002, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? | | X |
| b If "Yes," enter the name of the foreign country ▶ | | |
| 8 During 2002, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

227501
10-25-02

LHA    For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule B (Form 1040) 2002

9

14350914  757821 1904A                2002.05000 JAMES, BRIAN C.              1904A__1

IRSADMIN000009

# SCHEDULE D (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

## Capital Gains and Losses

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).

OMB No. 1545-0074

**2002**
Attachment Sequence No. **12**

Name(s) shown on Form 1040: **BRIAN C. JAMES**

Your social security number: ****4054

### Part I — Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price | (e) Cost or other basis | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 | | | | | |

2  Enter your short-term totals ........ **2**
3  Total short-term sales price amounts. Add lines 1 and 2 in column (d) ........ **3**
4  Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 ........ **4**
5  Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 ........ **5**
6  Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 2001 Capital Loss Carryover Worksheet ........ **6** (169,407.73)
7  Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f). ........ **7** -169,407.73

### Part II — Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price | (e) Cost or other basis | (f) Gain or (loss) Subtract (e) from (d) | (g) 28% rate gain or (loss) * (see instr. below) |
|---|---|---|---|---|---|---|
| 8 | | | | | | |

9  Enter your long-term totals ........ **9**
10  Total long-term sales price amounts. Add lines 8 and 9 in column (d) ........ **10**
11  Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 ........ **11**
12  Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 ........ **12**
13  Capital gain distributions. ........ **13**
14  Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 2001 Capital Loss Carryover Worksheet ........ **14** (64,257.68) (64,257.68)
15  Combine lines 8 through 14 in column (g) ........ **15** -64,257.68
16  Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f) ▶ **16** -64,257.68

Next: Go to Part III on page 2.

* 28% rate gain or loss includes all "collectibles gains and losses" and up to 50% of the eligible gain on qualified small business stock. See instructions.

LHA  For Paperwork Reduction Act Notice, see Form 1040 instructions.
220511/10-25-02

Schedule D (Form 1040) 2002

Schedule D (Form 1040) 2002  BRIAN C. JAMES                                                    ▮▮▮▮-4054  Page **2**

### Part III — Taxable Gain or Deductible Loss

**17** Combine lines 7 and 16 and enter the result. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13, and complete Form 1040 through line 41 ............................................................. **17**  −233,665.41

Next:
- If both lines 16 and 17 are gains **and** Form 1040, line 41, is more than zero, complete Part IV below.
- Otherwise, skip the rest of Schedule D and complete Form 1040.

**18** If line 17 is a loss, enter here and on Form 1040, line 13, the **smaller** of **(a)** that loss or **(b)** ($3,000) (or, if married filing separately, ($1,500)). Then complete Form 1040 through line 39 ............ **18** (   3,000.00 )

Next:
- If the loss on line 17 is more than the loss on line 18 **or** if Form 1040, line 39, is less than zero, skip **Part IV** below and complete the **Capital Loss Carryover Worksheet** on page D-6 of the instructions before completing the rest of Form 1040.        See Statement 10
- Otherwise, skip **Part IV** below and complete the rest of Form 1040.

### Part IV — Tax Computation Using Maximum Capital Gains Rates

**19** Enter your unrecaptured section 1250 gain, if any, from line 17 of the worksheet on page D-7 of the instructions ............................................................................................................................. **19**

If line 15 or line 19 is more than zero, complete the worksheet on page D-9 of the instructions to figure the amount to enter on lines 22, 29, and 40 below, and skip all other lines below. Otherwise, go to line 20.

**20** Enter your taxable income from Form 1040, line 41 ................................. **20**
**21** Enter the **smaller** of line 16 or line 17 of Schedule D ............................................................................... **21**
**22** If you are deducting investment interest expense on Form 4952, enter the amount from Form 4952, line 4e. Otherwise, enter -0- ................................. **22**
**23** Subtract line 22 from line 21. If zero or less, enter -0- ............................ **23**
**24** Subtract line 23 from line 20. If zero or less, enter -0- ............................ **24**
**25** Figure the tax on the amount on line 24. Use the Tax Table or Tax Rate Schedules, whichever applies ............ **25**
**26** Enter the **smaller** of:
- The amount on line 20 **or**
- $46,700 if married filing jointly or qualifying widow(er); $27,950 if single; $37,450 if head of household; or $23,350 if married filing separately } ..................... **26**

If line 26 is greater than line 24, go to line 27. Otherwise, skip lines 27 through 33 and go to line 34.

**27** Enter the amount from line 24 ......................................................... **27**
**28** Subtract line 27 from line 26. If zero or less, enter -0- and go to line 34 ........... **28**
**29** Enter your qualified 5-year gain, if any, from line 8 of the worksheet on page D-8 ............................. **29**
**30** Enter the **smaller** of line 28 or line 29 ............................................ **30**
**31** Multiply line 30 by 8% (.08) ............................................................ **31**
**32** Subtract line 30 from line 28 ........................................................ **32**
**33** Multiply line 32 by 10% (.10) ........................................................... **33**

If the amounts on lines 23 and 28 are the same, skip lines 34 through 37 and go to line 38.

**34** Enter the **smaller** of line 20 or line 23 ........................................... **34**
**35** Enter the amount from line 28 (if line 28 is blank, enter -0-) ................. **35**
**36** Subtract line 35 from line 34 ......................................................... **36**
**37** Multiply line 36 by 20% (.20) ........................................................... **37**
**38** Add lines 25, 31, 33, and 37 ............................................................ **38**
**39** Figure the tax on the amount on line 20. Use the Tax Table or Tax Rate Schedules, whichever applies ........... **39**
**40** Tax on **all taxable income** (including capital gains). Enter the **smaller** of line 38 or line 39 here and on Form 1040, line 42 .................................................................. **40**

Schedule D (Form 1040) 2002

Schedule E (Form 1040) 2002 | Attachment Sequence No. 13 | Page 2

Name(s) shown on return. Do not enter name and social security number if shown on page 1.

**BRIAN C. JAMES**

Your social security number: ▮▮▮-▮▮-4054

**Note:** If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real estate professionals must complete line 42 below.

**Part II — Income or Loss From Partnerships and S Corporations** Note. If you report a loss from an at-risk activity, you **must** check either column (e) or (f) on line 27 to describe your investment in the activity. If you check column (f), you must attach **Form 6198.**

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | BRIAN C JAMES MD PA | S | | ▮▮-▮▮▮0770 | X | |
| B | SARASOTA SURGICARE LTD | P | | ▮▮-▮▮▮7240 | X | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | 24,000.00 | 539,059.27 |
| B | | | 614.00 | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | | | | 539,059.27 |
| b Totals | | | 614.00 | 24,000.00 | |

| 29 | Add columns (h) and (k) of line 28a | 29 | 539,059.27 |
|---|---|---|---|
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | ( 24,614.00 ) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | 514,445.27 |

**Part III — Income or Loss From Estates and Trusts**

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| 34 | Add columns (d) and (f) of line 33a | 34 | |
|---|---|---|---|
| 35 | Add columns (c) and (e) of line 33b | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

**Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder**

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |
|---|---|---|---|

**Part V — Summary**

| 39 | Net farm rental income or (loss) from Form 4835. Also, complete line 41 below | 39 | |
|---|---|---|---|
| 40 | Total income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ▶ | 40 | 514,445.27 |
| 41 | Reconciliation of Farming and Fishing Income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-6) | 41 | |
| 42 | Reconciliation for Real Estate Professionals. If you were a real estate professional, enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | |

221501 11-01-02

Schedule E (Form 1040) 2002

13

14350914 757821 1904A      2002.05000 JAMES, BRIAN C.      1904A__1

IRSADMIN000012

## 2002 Income from Passthroughs

BRIAN C JAMES MD PA
I.D. Number: ███████0770
Type: S Corporation

Taxable Income (Loss) Summary:

| | |
|---|---:|
| Section 179 deduction | -24,000.00 |
| Nonpassive income | 539,059.27 |
| Net income (loss) for passthrough entity | 515,059.27 |

Activity Information:

BRIAN C JAMES MD PA

Trade or business - Material participation

| | |
|---|---:|
| Ordinary income (loss) | 539,059.27 |
| FROM SCH. K-1, LINE 10 | 0.00 |
| Schedule E activity income (loss) | 539,059.27 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 1,064.64 |

Other K-1 Information:

| | |
|---|---:|
| Contributions - 50% limitation | 362.00 |
| Health insurance premiums | 6,850.00 |
| Medical payments paid on behalf of 2% shareholder | 616.00 |
| Nondeductible expenses | 75,138.57 |

228021
05-01-02

## 2002 Income from Passthroughs

SARASOTA SURGICARE LTD
I.D. Number: ████████7240
Type: Partnership

Activity Information:

SARASOTA SURGICARE LTD

Trade or business - Material participation

| | | |
|---|---:|---:|
| Ordinary income (loss) | 376.00 | |
| Section 754 basis reduction | -990.00 | |
| Schedule E activity income (loss) | | -614.00 |

Tax Preference Items:

Depreciation adjustment for post-1986 property          547.00

Other K-1 Information:

Interest - Total                                         21.00
Investment income                                        21.00

228021
05-01-02

IRSADMIN000014

## 2002 Income from Passthroughs

Summary of K-1 Information for all Passthroughs

Other K-1 Information:

| | |
|---|---:|
| Interest - Total | 21.00 |
| Medical payments paid on behalf of 2% shareholder | 616.00 |
| Nondeductible expenses | 75,138.57 |

Deductions:

| | |
|---|---:|
| Contributions - 50% limitation | 362.00 |
| Health insurance premiums | 6,850.00 |

Investment Interest Expense:

| | |
|---|---:|
| Investment income | 21.00 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | 1,611.64 |

228021
05-01-02

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | (Including Information on Listed Property) **SUMMARY**<br>▶ See separate instructions.  ▶ Attach to your tax return. | **2002**<br>Attachment<br>Sequence No. 67 |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| BRIAN C. JAMES | ALL BUSINESS ACTIVITIES | ▓▓▓-4054 |

**Part I** Election To Expense Certain Tangible Property Under Section 179  Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See instructions for a higher limit for certain businesses | 1 | 24,000.00 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 0.00 |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0.00 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 24,000.00 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | Total Allowable Pass-through Section 179 Expense | | 24,000.00 |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 29 ... 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 24,000.00 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 24,000.00 |
| 10 | Carryover of disallowed deduction from line 13 of your 2001 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | 24,000.00 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 24,000.00 |
| 13 | Carryover of disallowed deduction to 2003. Add lines 9 and 10, less line 12 ▶ 13 | | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II** Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election (see instructions) | 15 | |
| 16 | Other depreciation (including ACRS) (see instructions) | 16 | |

**Part III** MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2002 | 17 | |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2002 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2002 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21.<br>Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs ... 23 | | |

216251<br>10-25-02  LHA  **For Paperwork Reduction Act Notice, see separate instructions.**  Form **4562** (2002)

17

14350914  757821  1904A        2002.05000 JAMES, BRIAN C.                1904A__1

IRSADMIN000016

| Form 1040 | Personal Exemption Worksheet | Statement 1 |
|---|---|---|

1.  Is the amount on Form 1040, line 36, more than the amount shown on line 4 below for your filing status?
    No.  Stop. Multiply $3,000 by the total number of exemptions claimed on
         Form 1040, line 6d, and enter the result on line 40.
    Yes. Go to line 2.
2.  Multiply $3,000 by the total number of exemptions claimed
    on Form 1040, line 6d . . . . . . . . . . . . . . . . .                          3,000.00
3.  Enter the amount from Form 1040, line 36 . .    634,159.69
4.  Enter the amount for your filing status . .     137,300.00
       Married filing separate           $103,000
       Single                            $137,300
       Head of household                 $171,650
       Married filing joint or widow(er) $206,000
5.  Subtract line 4 from line 3 . . . . . . . .     496,859.69
    If line 5 is more than $122,500 ($61,250 if
    married filing separate) enter zero
    on Form 1040, line 40.
6.  Divide line 5 by $2,500 ($1,250 if MFS) . .
7.  Multiply line 6 by 2% (.02) and enter the result
    as a decimal . . . . . . . . . . . . . . . . . . . .
8.  Multiply line 2 by line 7 . . . . . . . . . . . . . . . . .

9.  Subtract line 8 from line 2. Total to Form 1040, line 40.                            0.00

BRIAN C. JAMES                                                              ███-4054

| Form 1040 | Student Loan Interest Deduction | Statement 2 |
|---|---|---|

1. Enter the total interest paid in 2002 on qualified student
   loans. Do not enter more than $2,500 . . . . . . . . . . .         1,357.76

2. Enter the amount from Form 1040, line 22 . . . . . . . . . .     681,634.69

3. Enter the total of the amounts from Form 1040, line 23,
   line 24, lines 27 through 33a, plus any amount entered
   on the dotted line next to line 34 . . . . . . . . . . . .       47,475.00

4. Subtract line 3 from line 2 . . . . . . . . . . . . . . . .     634,159.69

5. Enter the amount shown below for your filing status.
   * Single, head of household, or qualifying widow(er)-$50,000
   * Married filing jointly-$100,000 . . . . . . . . . . . . .       50,000.00

6. Is line 4 more than line 5?
   [ ] No.  Skip lines 6 and 7, enter -0- on line 8, and go to
            line 9
   [X] Yes. Subtract line 5 from line 4 . . . . . . . . . . . .     584,159.69

7. Divide line 6 by $15,000 ($30,000 if married filing jointly).
   Enter the result as a decimal (rounded to at least three
   places). If the result is 1.000 or more, enter 1.000 . . .            1.000

8. Multiply line 1 by line 7. . . . . . . . . . . . . . . . . .        1,357.76

9. Student loan interest deduction. Subtract line 8 from
   line 1. Enter the result here and on Form 1040, line 25 . .            0.00

| Form 1040 | Wages Received and Taxes Withheld | Statement 3 |
|---|---|---|

| T S | Employer's Name | Amount Paid | Federal Tax Withheld | State Tax Withheld | City SDI Tax W/H | FICA Tax | Medicare Tax |
|---|---|---|---|---|---|---|---|
| T | BRIAN C. JAMES, MD., PA. | 169,999.96 | 59,677.24 | | | 5,263.80 | 2,465.00 |
| | Totals | 169,999.96 | 59,677.24 | | | 5,263.80 | 2,465.00 |

IRSADMIN000018

BRIAN C. JAMES                                                                    ███-4054

| Form 1040 | | Late Payment Interest | | | | Statement 4 |
|---|---|---|---|---|---|---|
| Description | Date | Amount | Balance | Rate | Days | Interest |
| Tax due | 04/15/03 | 142,427.54 | 142,427.54 | .0500 | 183 | 3,615.30 |
| Date filed | 10/15/03 | | 146,042.84 | | | |
| Total late payment interest | | | | | | 3,615.30 |

| Form 1040 | | Late Payment Penalty | | | Statement 5 |
|---|---|---|---|---|---|
| Description | Date | Amount | Balance | Months | Penalty |
| Tax due | 04/15/03 | 142,427.54 | 142,427.54 | 6 | 4,272.83 |
| Date filed | 10/15/03 | | | | |
| Total late payment penalty | | | | | 4,272.83 |

| Schedule A | Cash Contributions | | Statement 6 |
|---|---|---|---|
| Description | | Amount 50% Limit | Amount 30% Limit |
| From K-1 - BRIAN C JAMES MD PA | | 362.00 | |
| Subtotals | | 362.00 | |
| Total to Schedule A, line 15 | | | 362.00 |

| Schedule A | Mortgage Interest and Points Reported on Form 1098 | Statement 7 |
|---|---|---|
| Description | | Amount |
| WASHINGTON MUTUTAL | | 23,817.23 |
| HUNTINGTON BANKS | | 1,840.28 |
| AMSOUTH BANK | | 8,080.14 |
| CENTURY BANK | | 4,275.36 |
| SUN TRUST BANK | | 6,796.57 |
| Total to Schedule A, line 10 | | 44,809.58 |

IRSADMIN000019

```
BRIAN C. JAMES                                                    ███-4054
```

| Schedule A | Medical and Dental Expenses | Statement 8 |
|---|---|---|

| Description | Amount |
|---|---:|
| Medical payments paid on behalf 2% shareholder from K-1 - BRIAN C JAMES MD P | 616.00 |
| Self-employed Health Insurance | 2,055.00 |
| Total to Schedule A, line 1 | 2,671.00 |

| Schedule A | Itemized Deductions Worksheet | Statement   9 |
|---|---|---|

1.  Add the amounts on Schedule A, lines 4, 9, 14, 18,
    19, 26, and 27 . . . . . . . . . . . . . . . . . . . .                    63,816.58
2.  Add the amounts on Schedule A, lines 4, 13, and 19,
    plus any gambling and casualty or theft losses included
    on line 27 . . . . . . . . . . . . . . . . . . . . . .                         0.00
3.  Is the amount on line 2 less than the amount on line 1?
    If no, your deduction is not limited.  Enter the amount
    from line 1 above on Schedule A, line 28.
    If yes, subtract line 2 from line 1 . . . . . . . . . . . . .             63,816.58
4.  Multiply line 3 above by 80% (.80) . . . . .        51,053.26
5.  Enter the amount from Form 1040, line 36. . .       634,159.69
6.  Enter: $137,300 ($68,650 if married filing
    separately) . . . . . . . . . . . . . . . . .       137,300.00
7.  Is the amount on line 6 less than the amount
    on line 5?
    If no, your deduction is not limited.  Enter
    the amount from line 1 above on Schedule A,
    line 28.
    If yes, subtract line 6 from line 5 . . . . .       496,859.69
8.  Multiply line 7 above by 3% (.03) . . . . . .        14,905.79
9.  Enter the smaller of line 4 or line 8 . . . . . . . . . . .               14,905.79

10. Total itemized deductions.  Subtract line 9 from line 1.
    Enter the result here and on Schedule A, line 28  . . . .                 48,910.79

IRSADMIN000021

```
Schedule D                    Capital Loss Carryover                  Statement  10
```

```
 1. Enter the amount from Form 1040, line 39 . . . . . . . . . . . .   585,248.90
 2. Enter the loss from Schedule D, line 18, as a positive amount.       3,000.00
 3. Combine lines 1 and 2. If zero or less, enter -0-  . . . . . . .   588,248.90
 4. Enter the smaller of line 2 or line 3 . . . . . . . . . . . .        3,000.00

 5. Enter the loss from Schedule D, line 7, as a positive amount .      169,407.73
 6. Enter the gain, if any, from Schedule D,
    line 16 . . . . . . . . . . . . . . . . . . . . . . . . . . .
 7. Add lines 4 and 6 . . . . . . . . . . . . . . . . . . . . . .        3,000.00
 8. Short-term capital loss carryover to 2003.
    Subtract line 7 from line 5. If zero or less, enter -0-  . . .     166,407.73

 9. Enter the loss from Schedule D, line 16, as a positive amount.      64,257.68
10. Enter the gain, if any, from Schedule D,
    line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . .
11. Subtract line 5 from line 4.  If zero or less,
    enter -0-  . . . . . . . . . . . . . . . . . . . . . . . . . .
12. Add lines 10 and 11 . . . . . . . . . . . . . . . . . . . . . .
13. Long-term capital loss carryover to 2003.
    Subtract line 12 from line 9. If zero or less, enter -0-   . .      64,257.68
```

▼ DETACH HERE ▼

| Form **4868** | **Application for Automatic Extension of Time To File U.S. Individual Income Tax Return** | OMB No. 1545-0188 **2002** |
|---|---|---|

Department of the Treasury
Internal Revenue Service (99) For calendar year 2002, or other tax year beginning             , 2002, ending           ,

| Part I | Identification | Part III | Individual Income Tax |
|---|---|---|---|

**1** Your name(s)
BRIAN C. JAMES

Address
3920 BEE RIDGE ROAD, BUILDING E

City, town or post office, state, and ZIP code
SARASOTA, FL 34233

**2** Your social security number         **3** Spouse's social security number
      -4054

**4** Estimate of total tax liability for 2002 ... $    172,039.38
**5** Total 2002 payments ............................        0.00
**6** Balance due. Subtract 5 from 4 ........    172,039.38

| Part IV | Gift/GST Tax - If you are **not** filing a gift or GST tax return, go to Part V now. See the instructions. |
|---|---|

**7** Your gift or GST tax payment ............ $ _____
**8** Your spouse's gift/GST tax payment ...

| Part II | Complete ONLY If Filing Gift/GST Tax Return | Part V | Total |
|---|---|---|---|

**Caution:** *Only for gift/GST tax extension! Checking box(es) may result in correspondence if Form 709 or 709-A is not filed.*

This form also extends the time for filing a gift or generation-skipping transfer (GST) tax return if you file a calendar (not fiscal) year income tax return. Enter your gift or GST tax payment(s) in Part IV and:

Check this box ▶ ☐ if **you** are requesting a **Gift or GST tax** return extension.
Check this box ▶ ☐ if **your spouse** is requesting a **Gift or GST tax** return extension.

**9** Total liability. Add lines 6, 7, and 8 ... $   172,039.38
**10** Amount you are paying ............... ▶        0.00

**Confirmation Number**

If you file electronically, you will receive a confirmation number telling you that your Form 4868 has been accepted. Enter the confirmation number here and keep it for your records ........ ▶

218711
11-01-02   LHA   For Privacy Act and Paperwork Reduction Act Notice, see instructions.       Form **4868** (2002)

IRSADMIN000023



Pain Medicine Consultants
3920 Bee Ridge Rd. Bldg. E., Suite F
Sarasota, FL 34233

7002 3150 0000 4272 6250

CERTIFIED MAIL™

RETURN RECEIPT
REQUESTED

IRS
PO BOX 105093
ATLANTA, GA 30348-5093

UNITED STATES
POSTAL SERVICE

0000
30348

U.S. POSTAGE
PAID
SARASOTA, FL
OCT 15 '03
AMOUNT
$5.11
0004458-03

IRSADMIN000024

| Form **2688** | Application for Additional Extension of Time To File U.S. Individual Income Tax Return ▶ See instructions. ▶ You must complete all items that apply to you. | OMB No. 1545-0066 **2002** |
|---|---|---|

Department of the Treasury
Internal Revenue Service

Please type or print.
File by the due date for filing your return.

Your first name and initial: **BRIAN C.**
Last name: **JAMES**
Your social security number: **■■■-■■-4054**

If a joint return, spouse's first name and initial:
Last name:
Spouse's social security number:

Home address (number and street): **3920 BEE RIDGE ROAD, BUILDING E**
City, town or post office, state, and ZIP code: **SARASOTA, FL 34233**

Please fill in the Return Label at the bottom of this page.

1. I request an extension of time until **10/15/03**, to file Form 1040EZ, Form 1040A, Form 1040, Form 1040NR-EZ, or Form 1040NR for the calendar year 2002, or other tax year ending _____.

2. Explain why you need an extension. You must give an adequate explanation ▶
   **NEED ADDITIONAL INFORMATION TO SUMMARISE RECORDS & REVIEW ADDITIONAL INFORMATION & DATA FROM OUTSIDE SOURCE & TAXPAYER**

3. Have you filed Form 4868 to request an automatic extension of time to file for this tax year? [X] Yes [ ] No
   If you checked "No," we will grant your extension only for undue hardship. Fully explain the hardship in item 2. Attach any information you have that helps explain the hardship.

4. If you expect to file a gift or generation-skipping transfer (GST) tax return, complete line 4.
   If you or your spouse plan to file a gift or GST tax return (Form 709 or 709-A) for 2002, generally due by April 15, 2003, see the instructions and check here
   Yourself ▶ [ ]
   Spouse ▶ [ ]

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and, if prepared by someone other than the taxpayer, that I am authorized to prepare this form.

Signature of taxpayer ▶ _____   Date ▶ _____
Signature of spouse ▶ _____   Date ▶ _____
(If filing jointly, both must sign even if only one had income.)
Signature of preparer other than taxpayer ▶ [signature]   Date ▶ **8/15/03**

Please fill in the Return Label below with your name, address, and social security number. The IRS will complete the Notice to Applicant and return it to you. If you want it sent to another address or to an agent acting for you, enter the other address and add the agent's name.

**Notice to Applicant To Be Completed by the IRS**

[ ] We have approved your application.
[ ] We have not approved your application. However, we have granted a 10-day grace period to _____. This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return.
[ ] We have not approved your application. After considering the information you provided in item 2 above, we cannot grant your request for an extension of time to file. We are not granting a 10-day grace period.
[ ] We cannot consider your application because it was filed after the due date of your return.
[ ] Other _____

Director _____   Date _____

**Return Label** (Please type or print)

Taxpayer's name (and agent's name, if applicable). If a joint return, also give spouse's name.
**BRIAN C. JAMES**
**C/O GEORGE V FAMIGLIO JR & ASSOC, CPA'S**
Number and street (include suite, room, or apt. no.) or P.O. box number
**1634 MAIN STREET**
City, town or post office, state, and ZIP code
**SARASOTA, FL 34236**

Taxpayer's social security number: **■■■-■■-4054**
Spouse's social security number:
Agents: Always include taxpayer's name on Return Label.

LHA  For Privacy Act and Paperwork Reduction Act Notice, see instructions.   Form **2688** (2002)

213901 / 11-01-02

17110519 757821 1904A        2002.05000 JAMES, BRIAN C.        1904A__1

IRSADMIN000025