Extension Granted To 12/30/04

**Form 1040** — U.S. Individual Income Tax Return — **2003** — HURICANE RELIEF EXTENSION

IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 2003, or other tax year beginning _____, 2003, ending _____, 20___

| Label (See instructions on page 19.) Use the IRS label. Otherwise, please print or type. | | |
|---|---|---|
| Your first name and initial: BRIAN C. | Last name: JAMES | Your social security number: ▓▓▓ 4054 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 19. 3920 BEE RIDGE ROAD, BUILDING E | | Apt. no. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 19. SARASOTA, FL 34233 | | ▲ **Important!** You must enter your SSN(s) above. |

**Presidential Election Campaign** (See page 19.) ▶ Note. Checking "Yes" will not change your tax or reduce your refund.

Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ You: Yes ☐ No ☒  Spouse: Yes ☐ No ☐

**Filing Status** — Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child. (See page 20.)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a

6b ☐ Spouse

No. of boxes checked on 6a and 6b: **1**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 21) |
|---|---|---|---|
| | : | | |
| | : | | |
| | : | | |
| | : | | |
| | : | | |

If more than five dependents, see page 21.

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 21)

Dependents on 6c not entered above

Add numbers on lines above ▶ **1**

d Total number of exemptions claimed

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 169,999.96 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 182.88 |
| 8b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| 9b | Qualified dividends (see page 23) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 0.00 |
| 13a | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | −3,000.00 |
| 13b | If box on 13a is checked, enter post-May 5 capital gain distributions | 13b | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount (see page 25) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 997,718.18 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount (see page 27) | 20b | |
| 21 | Other income. List type and amount (see page 27) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 1,164,901.02 |

RECEIVED JAN 0 3 2005   ATSC IRS #0200

H

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | |
| 24 | IRA deduction (see page 29) | 24 | |
| 25 | Student loan interest deduction (see page 31)   Stmt 2 | 25 | 0.00 |
| 26 | Tuition and fees deduction (see page 32) | 26 | |
| 27 | Moving expenses. Attach Form 3903 | 27 | |
| 28 | One-half of self-employment tax. Attach Schedule SE | 28 | |
| 29 | Self-employed health insurance deduction (see page 33) | 29 | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 30 | |
| 31 | Penalty on early withdrawal of savings | 31 | |
| 32a | Alimony paid  b Recipient's SSN ▶ 433 33 5498 | 32a | 30,000.00 |
| 33 | Add lines 23 through 32a | 33 | 30,000.00 |
| 34 | Subtract line 33 from line 22. This is your **adjusted gross income** ▶ | 34 | 1,134,901.02 |

34   34   35   34

310001 11-18-03   LHA  **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 77.**   Form **1040** (2003)

**Exhibit 19**

IRSADMIN000031

Form 1040 (2003)    BRIAN C. JAMES                                    ████-4054                         Page **2**

| Tax and Credits | | | | |
|---|---|---|---|---|
| **Standard Deduction for—** | 35 | Amount from line 34 (adjusted gross income) | 35 | 1,134,901.02 |
| • People who checked any box on line 36a or 36b **or** who can be claimed as a dependent. | 36a | Check if: ☐ You were born before January 2, 1939, ☐ Blind. ☐ Spouse was born before January 2, 1939, ☐ Blind. Total boxes checked ▶ 36a | | |
| | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien ▶ 36b | | |
| | 37 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 37 | 24,450.61 |
| | 38 | Subtract line 37 from line 35 | 38 | 1,110,450.41 |
| | 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet on page 35 | 39 | 0.00 |
| • All others: Single, or Married filing separately, $4,750 | 40 | Taxable income. Subtract line 39 from line 38. If line 39 is more than line 38, enter -0-      42 | 40 | 1,110,450.41 |
| | 41 | Tax. Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972      43 | 41 | 369,989.64 |
| Married filing jointly or Qualifying widow(er), $9,500 | 42 | Alternative minimum tax. Attach Form 6251 | 42 | 0.00 |
| Head of household, $7,000 | 43 | Add lines 41 and 42 ▶ | 43 | 369,989.64 |
| | 44 | Foreign tax credit. Attach Form 1116 if required | 44 | |
| | 45 | Credit for child and dependent care expenses. Attach Form 2441 | 45 | |
| | 46 | Credit for the elderly or the disabled. Attach Schedule R | 46 | |
| | 47 | Education credits. Attach Form 8863 | 47 | |
| | 48 | Retirement savings contributions credit. Attach Form 8880 | 48 | |
| | 49 | Child tax credit (see page 40) | 49 | |
| | 50 | Adoption credit. Attach Form 8839 | 50 | |
| | 51 | Credits from: a ☐ Form 8396 b ☐ Form 8859 | 51 | |
| | 52 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | 52 | |
| | 53 | Add lines 44 through 52. These are your total credits | 53 | |
| | 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ▶ | 54 | 369,989.64 |
| **Other Taxes** | 55 | Self-employment tax. Attach Schedule SE | 55 | |
| | 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 56 | |
| | 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 57 | |
| | 58 | Advance earned income credit payments from Form(s) W-2 | 58 | |
| | 59 | Household employment taxes. Attach Schedule H | 59 | |
| | 60 | Add lines 54 through 59. This is your total tax      62 ▶ | 60 | 369,989.64 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099      63      61 | 58,534.13 | |
| If you have a qualifying child, attach Schedule EIC. | 62 | 2003 estimated tax payments and amount applied from 2002 return | 62 | |
| | 63 | Earned income credit (EIC) | 63 | |
| | 64 | Excess social security and tier 1 RRTA tax withheld (see page 56) | 64 | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | Amount paid with request for extension to file (see page 56) | 66 | |
| | 67 | Other payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 67 | |
| | 68 | Add lines 61 through 67. These are your total payments      70 ▶ | 68 | 58,534.13 |
| **Refund** Direct deposit? See page 56 and fill in 70b, 70c, and 70d. | 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you overpaid | 69 | |
| | 70a | Amount of line 69 you want refunded to you ▶ | 70a | |
| | | ▶ b Routing number ▶ c Type: ☐ Checking ☐ Savings ▶ d Account number | | |
| | 71 | Amount of line 69 you want applied to your 2004 estimated tax ▶ | 71 | |
| **Amount You Owe** | 72 | Amount you owe. Subtract line 68 from line 60. For details on how to pay, see page 57      74 ▶ | 72 | 316,151.11 |
| | 73 | Estimated tax penalty (see page 58)      75      73 | 4,695.60 | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see page 58)? ☒ Yes. Complete the following. ☐ No |
|---|---|
| | Designee's name ▶ Preparer     Phone no. ▶     Personal identification number (PIN) ▶ |

**Sign Here**
Joint return? See page 20. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | PHYSICIAN | Daytime phone number |
|---|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | | |

| Paid Preparer's Use Only | Preparer's signature ▶ | Date 12/15/04 | Check if self-employed ☐ | Preparer's SSN or PTIN ████1694 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | GEORGE V FAMIGLIO JR & ASSOC, CPA's 1634 MAIN STREET SARASOTA, FL 34236 | | EIN ████7303 | Phone no. (941)957-0775 |

310002 12-12-03

```
** Interest not Included                              9,607.36
** Penalty not Included                              14,015.50

                              **** Total Due          339,773.97
```

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   · (99)

# Schedule A - Itemized Deductions
(Schedule B is on page 2)

▶ **Attach to Form 1040.**   ▶ **See Instructions for Schedules A and B (Form 1040).**

OMB No. 1545-0074

## 2003
Attachment
Sequence No. **07**

Name(s) shown on Form 1040

BRIAN C. JAMES

Your social security number

4054

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | **Caution. Do not include expenses reimbursed or paid by others.** | | | |
| | 1 | Medical and dental expenses (see page A-2)   See Statement 8 | 1 | 270.00 |
| | 2 | Enter amount from Form 1040, line 35 ..................... **2** | 1,134,901.02 | |
| | 3 | Multiply line 2 by 7.5% (.075) ............................ | 3 | 85,117.58 |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | 0.00 |
| **Taxes You Paid**<br>(See page A-2.) | 5 | State and local income taxes ............................ | 5 | |
| | 6 | Real estate taxes (see page A-2) ......................... | 6 | 19,334.41 |
| | 7 | Personal property taxes ................................. | 7 | |
| | 8 | Other taxes. List type and amount<br>▶ _____<br>_____ | 8 | |
| | 9 | Add lines 5 through 8 ................................... | 9 | 19,334.41 |
| **Interest You Paid**<br>(See page A-3.)<br><br>**Note:**<br>Personal interest is not deductible. | 10 | Home mortgage interest and points reported to you on Form 1098 ......... | 10 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address<br>▶ See Statement 6<br>_____ | 11 | 34,728.23 |
| | 12 | Points not reported to you on Form 1098. (See page A-3.) .............. | 12 | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-4.) ....... | 13 | |
| | 14 | Add lines 10 through 13 ................................. | 14 | 34,728.23 |
| **Gifts to Charity**<br><br>If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4   See Statement 7 | 15 | 250.00 |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **must** attach Form 8283 if over $500 ................ | 16 | |
| | 17 | Carryover from prior year ............................... | 17 | |
| | 18 | Add lines 15 through 17 ................................. | 18 | 250.00 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) ......... | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions**<br><br>(See page A-5.) | 20 | Unreimbursed employee expenses · job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-5.)<br>▶ _____<br>_____ | 20 | |
| | 21 | Tax preparation fees .................................. | 21 | |
| | 22 | Other expenses · investment, safe deposit box, etc. List type and amount<br>▶ _____<br>_____<br>_____<br>_____<br>_____ | 22 | |
| | 23 | Add lines 20 through 22 ................................. | 23 | |
| | 24 | Enter amount from Form 1040, line 35 ......... **24** | | |
| | 25 | Multiply line 24 by 2% (.02) ............................. | 25 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other · from list on page A-6. List type and amount<br>▶ _____<br>_____<br>_____ | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 35, over $139,500 (over $69,750 if married filing separately)?     Stmt 9<br>☐ **No.**   Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 37.<br>☒ **Yes.**   Your deduction may be limited. See page A-6 for the amount to enter. | 28 | 24,450.61 |

319501
10-15-03   **LHA   For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule A (Form 1040) 2003

8

IRSADMIN000033

Schedules A&B (Form 1040) 2003

Name(s) shown on Form 1040. Do not enter name and social security number if shown on page 1.

OMB No. 1545-0074   Page **2**

Your social security number

**BRIAN C. JAMES**

4054

## Schedule B - Interest and Ordinary Dividends

Attachment
Sequence No. **08**

| **Part I** **Interest** | 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | | **Amount** |
|---|---|---|---|---|
| | | AM SOUTH | | 174.88 |
| | | From K-1 - SARASOTA SURGICARE LTD | | 8.00 |

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | | 1 | |
|---|---|---|---|---|
| | 2 | Add the amounts on line 1 | 2 | 182.88 |
| | 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | 3 | |
| | 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 182.88 |

**Note.** If line 4 is over $1,500, you must complete Part III.

| **Part II** **Ordinary Dividends** | 5 | List name of payer ▶ | | **Amount** |
|---|---|---|---|---|
| | | | | |

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | | 5 | |
|---|---|---|---|---|
| | 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ▶ | 6 | |

**Note.** If line 6 is over $1,500, you must complete Part III.

| **Part III** **Foreign Accounts and Trusts** | | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | **Yes** | **No** |
|---|---|---|---|---|
| | 7a | At any time during 2003, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? | | X |
| | b | If "Yes," enter the name of the foreign country ▶ | | |
| | 8 | During 2003, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

327501
10-15-03

LHA   **For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule B (Form 1040) 2003

9

IRSADMIN000034

**SCHEDULE C (Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040 or 1041.      ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2003**
Attachment
Sequence No. **09**

Name of proprietor: **BRIAN C. JAMES**

Social security number (SSN): ▮▮▮-▮▮-4054

**A** Principal business or profession, including product or service (see page C-2)
**MEDICAL SERVICES**

**B** Enter code from pages C-7, 8, & 9 ▶ **621111**

**C** Business name. If no separate business name, leave blank.
**BRIAN C JAMES, M.D.**

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ **1830 SOUTH OSPREY AVE, SUITE 100**
City, town or post office, state, and ZIP code   **SARASOTA, FL 34239**

**F** Accounting method:  (1) [X] Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶ _____

**G** Did you "materially participate" in the operation of this business during 2003? If "No," see page C-3 for limit on losses   [X] Yes  ☐ No

**H** If you started or acquired this business during 2003, check here ▶ ☐

## Part I — Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ ☐ | 1 | |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | |

## Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | 8 | 19 | Pension and profit-sharing plans | 19 |
| 9 | Car and truck expenses (see page C-3) | 9 | 20 | Rent or lease (see page C-5): | |
| 10 | Commissions and fees | 10 | a | Vehicles, machinery and equipment | 20a |
| 11 | Contract labor (see page C-4) | 11 | b | Other business property | 20b |
| 12 | Depletion | 12 | 21 | Repairs and maintenance | 21 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | 22 | Supplies (not included in Part III) | 22 |
| | | | 23 | Taxes and licenses | 23 |
| 14 | Employee benefit programs (other than on line 19) | 14 | 24 | Travel, meals and entertainment: | |
| | | | a | Travel | 24a |
| 15 | Insurance (other than health) | 15 | b | Meals and entertainment | |
| 16 | Interest: | | c | Enter nondeductible amount included on line 24b (see page C-5) | |
| a | Mortgage (paid to banks, etc.) | 16a | d | Subtract line 24c from line 24b | 24d |
| b | Other | 16b | 25 | Utilities | 25 |
| 17 | Legal and professional services | 17 | 26 | Wages (less employment credits) | 26 |
| 18 | Office expense | 18 | 27 | Other expenses (from line 48 on page 2) | 27 |

| | | |
|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 0.00 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 0.00 |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.
• If a profit, enter on Form 1040, line 12, and **also** on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
• If a loss, you **must** go to line 32. | 31 | 0.00 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6).
• If you checked 32a, enter the loss on Form 1040, line 12, and **also** on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you **must** attach Form 6198. | 32a ☐ All investment is at risk. 32b ☐ Some investment is not at risk. |

LHA  **For Paperwork Reduction Act Notice, see Form 1040 instructions.**

320001 10-08-03

Schedule C (Form 1040) 2003

IRSADMIN000035

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (99)

# Capital Gains and Losses

▶ **Attach to Form 1040.**   ▶ **See Instructions for Schedule D (Form 1040).**

OMB No. 1545-0074

**2003**
Attachment
Sequence No. **12**

Name(s) shown on Form 1040

BRIAN C. JAMES

Your social security number

▮▮▮▮ : 4054

## Part I   Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price | (e) Cost or other basis | (f) Gain or (loss) for the entire year Subtract (e) from (d) | (g) Post-May 5 gain or (loss)* (see below) |
|---|---|---|---|---|---|---|
| **1** | | | | | | |

| | | | | |
|---|---|---|---|---|
| **2** | Enter your short-term totals ................... | **2** | | |
| **3** | **Total short-term sales price amounts.** Add lines 1 and 2 in column (d) .......... | **3** | | |
| **4** | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | **4** | | |
| **5** | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **5** | | |
| **6** | Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 2002 Capital Loss Carryover Worksheet ........ | **6** | 166,407.73 | |
| **7a** | Combine lines 1 through 5 in column (g). If the result is a loss, enter the result. Otherwise, enter -0-. **Do not** enter more than zero. | **7a** | | ( ) |
| **b** | **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f). ......... | **7b** | -166,407.73 | |

## Part II   Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price | (e) Cost or other basis | (f) Gain or (loss) for the entire year Subtract (e) from (d) | (g) Post-May 5 gain or (loss)* (see below) |
|---|---|---|---|---|---|---|
| **8** | | | | | | |

| | | | | |
|---|---|---|---|---|
| **9** | Enter your long-term totals ................... | **9** | | |
| **10** | **Total long-term sales price amounts.** Add lines 8 and 9 in column (d) .......... | **10** | | |
| **11** | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | **11** | | |
| **12** | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **12** | | |
| **13** | Capital gain distributions. ................... | **13** | | |
| **14** | Long-term capital loss carryover. Enter the amount, if any, from line 13 of your 2002 Capital Loss Carryover Worksheet ........ | **14** | ( 64,257.68 ) | |
| **15** | Combine lines 8 through 13 in column (g). If zero or less, enter -0- ......... | **15** | | |
| **16** | **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) ......... | **16** | -64,257.68 | |
| | **Next:** Go to Part III on page 2. | | | |

\* Include in column (g) all gains and losses from column (f) from sales, exchanges, or conversions (including installment payments received) **after** May 5, 2003. However, **do not** include gain attributable to unrecaptured section 1250 gain, "collectibles gains and losses" (as defined on page D-8 of the instructions) or eligible gain on qualified small business stock (see page D-4 of the instructions).

LHA   **For Paperwork Reduction Act Notice, see Form 1040 instructions.**      Schedule D (Form 1040) 2003
320511/10-21-03

14021215 757821 1904A            2003.06010 JAMES, BRIAN C.            1904A__1

IRSADMIN000036

Schedule D (Form 1040) 2003   BRIAN C. JAMES                                                ▮▮-4054 Page **2**

| Part III | Taxable Gain or Deductible Loss | | |
|---|---|---|---|
| **17 a** | Combine lines 7b and 16 and enter the result. If a loss, enter -0- on line 17b and go to line 18. If a gain, enter the gain on Form 1040, line 13a, and go to line 17b below | **17a** | -230,665.41 |
| **b** | Combine lines 7a and 15. If zero or less, enter -0-. Then complete Form 1040 through line 40 | **17b** | 0.00 |

Next:  • If line 16 of Schedule D is a gain or you have qualified dividends on Form 1040,
line 9b, complete **Part IV** below.
 • Otherwise, skip the rest of Schedule D and complete the rest of Form 1040.

| **18** | If line 17a is a loss, enter here and on Form 1040, line 13a, the **smaller** of **(a)** that loss or **(b)** ($3,000) (or, if married filing separately, ($1,500)) (see page D-7 of the instructions)   Stmt 10 | **18** | ( 3,000.00 |

Next:  • If you have qualified dividends on Form 1040, line 9b, complete Form 1040 through
line 40, and then complete **Part IV** below (but skip lines 19 and 20).
 • Otherwise, skip **Part IV** below and complete the rest of Form 1040.

| Part IV | Tax Computation Using Maximum Capital Gains Rates | | |
|---|---|---|---|

If line 16 or line 17a is zero or less, skip lines 19 and 20 and go to line 21. Otherwise, go to line 19.

| **19** | Enter your unrecaptured section 1250 gain, if any, from line 18 of the worksheet | **19** | |
| **20** | Enter your 28% rate gain, if any, from line 7 of the worksheet | **20** | |

If lines 19 and 20 are zero, go to line 21. Otherwise, complete the worksheet on page D-11 of the instructions to figure the amount to enter on lines 35 and 53 below, and skip all other lines below.

| **21** | Enter your taxable income from Form 1040, line 40 | | | **21** | |
| **22** | Enter the **smaller** of line 16 or line 17a, but not less than zero | **22** | | | |
| **23** | Enter your qualified dividends from Form 1040, line 9b | **23** | | | |
| **24** | Add lines 22 and 23 | **24** | | | |
| **25** | Amount from line 4g of Form 4952 (investment interest expense) | **25** | | | |
| **26** | Subtract line 25 from line 24. If zero or less, enter -0- | | | **26** | |
| **27** | Subtract line 26 from line 21. If zero or less, enter -0- | | | **27** | |
| **28** | Enter the **smaller** of line 21 or: • $56,800 if married filing jointly or qualifying widow(er); • $28,400 if single or married filing separately; or • $38,050 if head of household | **28** | | | |

If line 27 is more than line 28, skip lines 29-39 and go to line 40.

| **29** | Enter the amount from line 27 | **29** | | | |
| **30** | Subtract line 29 from line 28. If zero or less, enter -0- and go to line 40 | **30** | | | |
| **31** | Add lines 17b and 23* | **31** | | | |
| **32** | Enter the **smaller** of line 30 or line 31 | **32** | | | |
| **33** | Multiply line 32 by 5% (.05) | | | **33** | |

If lines 30 and 32 are the same, skip lines 34-39 and go to line 40.

| **34** | Subtract line 32 from line 30 | **34** | | | |
| **35** | Enter your qualified 5-year gain, if any, from line 8 of the worksheet | **35** | | | |
| **36** | Enter the **smaller** of line 34 or line 35 | **36** | | | |
| **37** | Multiply line 36 by 8% (.08) | | | **37** | |
| **38** | Subtract line 36 from line 34 | **38** | | | |
| **39** | Multiply line 38 by 10% (.10) | | | **39** | |

If lines 26 and 30 are the same, skip lines 40-49 and go to line 50.

| **40** | Enter the **smaller** of line 21 or line 26 | **40** | | | |
| **41** | Enter the amount from line 30 (if line 30 is blank, enter -0-) | **41** | | | |
| **42** | Subtract line 41 from line 40 | **42** | | | |
| **43** | Add lines 17b and 23* | **43** | | | |
| **44** | Enter the amount from line 32 (if line 32 is blank, enter -0-) | **44** | | | |
| **45** | Subtract line 44 from line 43 | **45** | | | |
| **46** | Enter the **smaller** of line 42 or line 45 | **46** | | | |
| **47** | Multiply line 46 by 15% (.15) | | | **47** | |
| **48** | Subtract line 46 from line 42 | **48** | | | |
| **49** | Multiply line 48 by 20% (.20) | | | **49** | |
| **50** | Figure the tax on the amount on line 27. Use the Tax Table or Tax Rate Schedules, whichever applies | | | **50** | |
| **51** | Add lines 33, 37, 39, 47, 49, and 50 | | | **51** | |
| **52** | Figure the tax on the amount on **line 21.** Use the Tax Table or Tax Rate Schedules, whichever applies | | | **52** | |
| **53** | **Tax on all taxable income.** Enter the **smaller** of line 51 or line 52 here and on Form 1040, line 41 | | | **53** | |

320512  10-21-03    *If lines 23 and 25 are more than zero, see **Lines 31 and 43** on page D-9 for the amount to enter.     Schedule D (Form 1040) 2003

12

14021215  757821  1904A              2003.06010 JAMES, BRIAN C.                    1904A__1

IRSADMIN000037

Schedule E (Form 1040) 2003

Attachment Sequence No. **13**  Page **2**

Names(s) shown on return. Do not enter name and social security number if shown on page 1.

**BRIAN C. JAMES**

Your social security number
███-██-4054

### Part II  Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk activity for which **any amount is not at risk, you must check column (e) on line 28 and attach Form 6198.** See page E-1.

| 27 | Are you reporting losses not allowed in prior years due to the at-risk or basis limitations, passive losses not reported on Form 8582, or unreimbursed partnership expenses? | | ☒ Yes | ☐ No |
|----|----|----|----|----|

If you answered "Yes," see page E-5 before completing this section.

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|----|----------|----|----|----|----|
| A | BRIAN C JAMES MD PA | S | | ████████0770 | |
| B | Unreimbursed expenses | S | | ████████0770 | |
| C | SARASOTA SURGICARE LTD | P | | ████████7240 | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | 4,967.79 | |
| B | | | 26,541.26 | | 1,037,476.23 |
| C | | | 8,249.00 | | |
| D | | | | | |
| 29a Totals | | | | | 1,037,476.23 |
| b Totals | | | 34,790.26 | 4,967.79 | |

| 30 | Add columns (g) and (j) of line 29a | | 30 | 1,037,476.23 |
|----|----|----|----|----|
| 31 | Add columns (f), (h), and (i) of line 29b | | 31 | ( 39,758.05) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | | 32 | 997,718.18 |

### Part III  Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|----|----------|----|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a | | 35 | |
|----|----|----|----|----|
| 36 | Add columns (c) and (e) of line 34b | | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | | 37 | |

### Part IV  Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|----|----------|----|----|----|----|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | | 39 | |
|----|----|----|----|----|

### Part V  Summary

| 40 | Net farm rental income or (loss) from Form 4835. Also, complete line 42 below | | 40 | |
|----|----|----|----|----|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17 ▶ | | 41 | 997,718.18 |
| 42 | Reconciliation of Farming and Fishing Income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-6) | 42 | | |
| 43 | Reconciliation for Real Estate Professionals. If you were a real estate professional, (see page E-1), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 43 | | |

321501
10-06-03

Schedule E (Form 1040) 2003

14021215 757821 1904A          2003.06010 JAMES, BRIAN C.          1904A__1

IRSADMIN000038

## 2003 Income from Passthroughs

BRIAN C JAMES MD PA
I.D. Number: ██████0770
Type: S Corporation

Taxable Income (Loss) Summary:

| | |
|---|---:|
| Section 179 deduction | -4,967.79 |
| Nonpassive income | 1,010,934.97 |
| Net income (loss) for passthrough entity | 1,005,967.18 |

Activity Information:

BRIAN C JAMES MD PA

Trade or business - Material participation

| | |
|---|---:|
| Ordinary income (loss) | 1,037,476.23 |
| From Statement SBE | -26,541.26 |
| Schedule E activity income (loss) | 1,010,934.97 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | -4,507.47 |

Other K-1 Information:

| | |
|---|---:|
| Contributions - 50% limitation | 250.00 |
| Medical payments paid on behalf of 2% shareholder | 270.00 |
| Nondeductible expenses | 79,470.32 |

328021
05-01-03

## 2003 Income from Passthroughs

SARASOTA SURGICARE LTD
I.D. Number: ██████7240
Type: Partnership

Activity Information:

SARASOTA SURGICARE LTD

Trade or business – Material participation

| | | |
|---|---:|---:|
| Ordinary income (loss) | −4,289.00 | |
| Section 754 basis reduction | −3,960.00 | |
| Schedule E activity income (loss) | | −8,249.00 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post−1986 property | 261.00 |

Other K-1 Information:

| | |
|---|---:|
| Interest – Total | 8.00 |
| Investment income | 8.00 |

328021
05-01-03

## 2003 Income from Passthroughs

Summary of K-1 Information for all Passthroughs

Other K-1 Information:

| | |
|---|---:|
| Interest - Total | 8.00 |
| Medical payments paid on behalf of 2% shareholder | 270.00 |
| Nondeductible expenses | 79,470.32 |

Deductions:

| | |
|---|---:|
| Contributions - 50% limitation | 250.00 |

Investment Interest Expense:

| | |
|---|---:|
| Investment income | 8.00 |

Tax Preference Items:

| | |
|---|---:|
| Depreciation adjustment for post-1986 property | -4,246.47 |

328021
05-01-03

**Statement SBE**
**Supplemental Business Expenses**

**2003**

| Your name | Social security number | Business in which expenses were incurred |
|---|---|---|
| BRIAN C. JAMES | ▉ 4054 | TRAVELING DOCTOR |

**Part I**   Business Expenses and Reimbursements

**STEP 1   Enter Your Expenses**

| | | | Column A Other Than Meals and Entertainment | Column B Meals and Entertainment |
|---|---|---|---|---|
| 1 | Vehicle expense from line 22 or line 29 | 1 | | |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that **did not** involve overnight travel | 2 | | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment | 3 | | |
| 4 | Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment ............ See Statement 11 | 4 | 26,541.26 | |
| 5 | Meals and entertainment expenses | 5 | | |
| 6 | **Total expenses.** In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 | 6 | 26,541.26 | |

**NOTE:**  If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

**STEP 2   Reimbursements for Expenses Listed In STEP 1**

| | | | | |
|---|---|---|---|---|
| 7 | Enter amounts that were **not** reported to you in box 1 of Form W-2. Include any amount reported under code "L" in box 12 of your Form W-2 | 7 | | |

**STEP 3   Figure Expenses Subject to the Limitation**

| | | | | |
|---|---|---|---|---|
| 8 | Subtract line 7 from line 6 | 8 | 26,541.26 | |
| 9 | In Column A, enter the amount from line 8. In Column B, multiply the amount on line 8 by 50% (.50). (If zero or less, enter -0-) (If subject to the Department of Transportation (DOT) hours-of-service limits: Multiply by 65% (.65) instead of 50%) | 9 | 26,541.26 | |
| 10 | Add the amounts on line 9 of both columns and enter the total here. These are your supplemental business expenses ▶ | 10 | | 26,541.26 |

312021
05-01-03

14021215 757821 1904A          2003.06010 JAMES, BRIAN C.                    1904A__1

IRSADMIN000042

Statement SBE (2003)  **BRIAN C. JAMES**                                   ▮▮▮▮-4054  Page **2**

**Part II**  **Vehicle Expenses**

**Section A. - General Information**

| | | | (a) Vehicle | (b) Vehicle |
|---|---|---|---|---|
| 11 | Enter the date vehicle was placed in service | 11 | | |
| 12 | Total miles vehicle was driven during 2003 | 12 | miles | miles |
| 13 | Business miles included on line 12 | 13 | miles | miles |
| 14 | Percent of business use. Divide line 13 by line 12 | 14 | % | % |
| 15 | Average daily roundtrip commuting distance | 15 | miles | miles |
| 16 | Commuting miles included on line 12 | 16 | miles | miles |
| 17 | Other miles. Add lines 13 and 16 and subtract the total from line 12 | 17 | miles | miles |

| | | Yes | No |
|---|---|---|---|
| 18 | Do you (or your spouse) have another vehicle available for personal use? | ☐ Yes | ☐ No |
| 19 | Was your vehicle available for personal use during off-duty hours? | ☐ Yes | ☐ No |
| 20 | Do you have evidence to support your deduction? | ☐ Yes | ☐ No |
| 21 | If "Yes," is the evidence written? | ☐ Yes | ☐ No |

**Section B. - Standard Mileage Rate**

| | | |
|---|---|---|
| 22 | Multiply line 13 by 36¢ (.36) | 22 |

**Section C. - Actual Expenses**

| | | | (a) Vehicle | | (b) Vehicle | |
|---|---|---|---|---|---|---|
| 23 | Gasoline, oil, repairs, vehicle insurance, etc. | 23 | | | | |
| 24a | Vehicle rentals | 24a | | | | |
| b | Inclusion amount | 24b | | | | |
| c | Subtract line 24b from line 24a | 24c | | | | |
| 25 | Value of employer-provided vehicle (applies only if 100% of annual lease value was included on Form W-2) | 25 | | | | |
| 26 | Add lines 23, 24c, and 25 | 26 | | | | |
| 27 | Multiply line 26 by the percentage on line 14 | 27 | | | | |
| 28 | Depreciation. Enter amount from line 38 below | 28 | | | | |
| 29 | Add lines 27 and 28. Enter total here and on line 1 | 29 | | | | |

**Section D. - Depreciation of Vehicles** (Use this section only if you owned the vehicle and are completing Section C for the vehicle.)

| | | | (a) Vehicle | | (b) Vehicle | |
|---|---|---|---|---|---|---|
| 30 | Enter cost or other basis | 30 | | | | |
| 31 | Enter section 179 deduction and special allowance | 31 | | | | |
| 32 | Multiply line 30 by line 14 (see Form 2106 instructions) | 32 | | | | |
| 33 | Enter depreciation method and percentage | 33 | | | | |
| 34 | Multiply line 32 by the percentage on line 33 | 34 | | | | |
| 35 | Add lines 31 and 34 | 35 | | | | |
| 36 | Enter the limitation amount | 36 | | | | |
| 37 | Multiply line 36 by the percentage on line 14 | 37 | | | | |
| 38 | Enter the **smaller** of line 35 or line 37. Also, enter this amount on line 28 above | 38 | | | | |

312022
08-04-03

14021215 757821 1904A          2003.06010 JAMES, BRIAN C.          1904A__1

IRSADMIN000043

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
### (Including Information on Listed Property)   SUMMARY
▶ See separate instructions.   ▶ Attach to your tax return.

OMB No. 1545-0172

**2003**

Attachment
Sequence No. **67**

Name(s) shown on return

**BRIAN C. JAMES**

Business or activity to which this form relates

**ALL BUSINESS ACTIVITIES**

Identifying number

**-4054**

**Part I** Election To Expense Certain Tangible Property Under Section 179 Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See instructions for a higher limit for certain businesses | 1 | 100,000.00 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 0.00 |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | 400,000.00 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0.00 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 100,000.00 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | Total Allowable Pass-through Section 179 Expense | | 4,967.79 |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 4,967.79 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 4,967.79 |
| 10 | Carryover of disallowed deduction from line 13 of your 2002 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | 100,000.00 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 4,967.79 |
| 13 | Carryover of disallowed deduction to 2004. Add lines 9 and 10, less line 12 ▶ | 13 | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election (see instructions) | 15 | |
| 16 | Other depreciation (including ACRS) (see instructions) | 16 | |

**Part III** MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2003 | 17 | |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2003 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2003 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

316251
10-21-03   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2003)

19

IRSADMIN000044

BRIAN C. JAMES                                                           ██████-4054

---

| Form 1040 | Personal Exemption Worksheet | Statement   1 |

1.  Is the amount on Form 1040, line 35, more than the amount shown on line 4
    below for your filing status?
    No.  Stop. Multiply $3,050 by the total number of exemptions claimed on
    Form 1040, line 6d, and enter the result on line 39.
    Yes. Go to line 2.
2.  Multiply $3,050 by the total number of exemptions claimed
    on Form 1040, line 6d . . . . . . . . . . . . . . .            3,050.00
3.  Enter the amount from Form 1040, line 35 . .    1,134,901.02
4.  Enter the amount for your filing status . .       139,500.00
        Married filing separate        $104,625
        Single                         $139,500
        Head of household              $174,400
        Married filing joint or widow(er)   $209,250
5.  Subtract line 4 from line 3 . . . . . . . .       995,401.02
    If line 5 is more than $122,500 ($61,250 if
    married filing separate) enter zero
    on Form 1040, line 39.
6.  Divide line 5 by $2,500 ($1,250 if MFS) . .
7.  Multiply line 6 by 2% (.02) and enter the result
    as a decimal . . . . . . . . . . . . . . . .
8.  Multiply line 2 by line 7 . . . . . . . . . . . . . . .

9.  Subtract line 8 from line 2. Total to Form 1040, line 39.
                                                                      0.00

14021215  757821  1904A            2003.06010 JAMES, BRIAN C.        Statement(s) 1
                                                                        1904A__1

IRSADMIN000045

BRIAN C. JAMES                                                    ███-4054

---

Form 1040                Student Loan Interest Deduction          Statement    2

---

1. Enter the total interest paid in 2003 on qualified student
   loans.  Do not enter more than $2,500 . . . . . . . . . .        1,210.26

2. Enter the amount from Form 1040, line 22 . . . . . . . . .   1,164,901.02

3. Enter the total of the amounts from Form 1040, line 23,
   line 24, lines 27 through 32a, plus any amount entered
   on the dotted line next to line 33 . . . . . . . . . . .       30,000.00

4. Subtract line 3 from line 2 . . . . . . . . . . . . . .     1,134,901.02

5. Enter the amount shown below for your filing status.
   * Single, head of household, or qualifying widow(er)-$50,000
   * Married filing jointly-$100,000 . . . . . . . . . . .        50,000.00

6. Is line 4 more than line 5?
   [ ] No.  Skip lines 6 and 7, enter -0- on line 8, and go to
            line 9
   [X] Yes. Subtract line 5 from line 4 . . . . . . . . . . .   1,084,901.02

7. Divide line 6 by $15,000 ($30,000 if married filing jointly).
   Enter the result as a decimal (rounded to at least three
   places).  If the result is 1.000 or more, enter 1.000  . . .      1.000

8. Multiply line 1 by line 7. . . . . . . . . . . . . . . .        1,210.26

9. Student loan interest deduction.  Subtract line 8 from
   line 1.  Enter the result here and on Form 1040, line 25 . .        0.00

---

Form 1040              Wages Received and Taxes Withheld          Statement    3

| T S | Employer's Name | Amount Paid | Federal Tax Withheld | State Tax Withheld | City SDI Tax W/H | FICA Tax | Medicare Tax |
|---|---|---|---|---|---|---|---|
| T | BRIAN C. JAMES, MD., PA. | 169,999.96 | 58,534.13 | | | 5,394.00 | 2,465.00 |
| | Totals | 169,999.96 | 58,534.13 | | | 5,394.00 | 2,465.00 |

---

IRSADMIN000046

BRIAN C. JAMES                                              ████-4054

---

Form 1040                    Late Payment Interest               Statement    4

| Description | Date | Amount | Balance | Rate | Days | Interest |
|---|---|---|---|---|---|---|
| Tax due | 04/15/04 | 311,455.51 | 311,455.51 | .0500 | 76 | 3,250.30 |
| Interest rate change | 06/30/04 | 0.00 | 314,705.81 | .0400 | 183 | 6,357.06 |
| Date filed | 12/30/04 | | 321,062.87 | | | |
| Total late payment interest | | | | | | 9,607.36 |

---

Form 1040                    Late Payment Penalty                Statement    5

| Description | Date | Amount | Balance | Months | Penalty |
|---|---|---|---|---|---|
| Tax due | 04/15/04 | 311,455.51 | 311,455.51 | 9 | 14,015.50 |
| Date filed | 12/30/04 | | | | |
| Total late payment penalty | | | | | 14,015.50 |

---

Schedule A          Home Mortgage Interest Paid to Individuals/       Statement    6
                    Form 1098 Received by Other Than Taxpayer

| Name and Address of Payee/Form 1098 Recipient | Amount |
|---|---|
| ID# ████2274 WASHINGTON MUTUAL, P.O.BOX 44135, JACKSONVILLE, FL | 29,943.19 |
| ID# ████5132 DEVENMUEHLE MORTGAGE/AMSOUTH, 1501 WOODFIELD ROAD, SCHAUMBURG | 4,785.04 |
| Total to Schedule A, line 11 | 34,728.23 |

IRSADMIN000047

BRIAN C. JAMES                                                  ███-4054

| Schedule A | Cash Contributions | Statement 7 |

| Description | Amount 50% Limit | Amount 30% Limit |
|---|---|---|
| From K-1 – BRIAN C JAMES MD PA | 250.00 | |
| Subtotals | 250.00 | |
| Total to Schedule A, line 15 | | 250.00 |

| Schedule A | Medical and Dental Expenses | Statement 8 |

| Description | Amount |
|---|---|
| Medical payments paid on behalf 2% shareholder from K-1 – BRIAN C JAMES MD P | 270.00 |
| Total to Schedule A, line 1 | 270.00 |

BRIAN C. JAMES                                                          ▆▆▆▆-4054

---

| Schedule A | Itemized Deductions Worksheet | Statement   9 |
|---|---|---|

1. Add the amounts on Schedule A, lines 4, 9, 14, 18,
   19, 26, and 27 . . . . . . . . . . . . . . . . . . .                54,312.64
2. Add the amounts on Schedule A, lines 4, 13, and 19,
   plus any gambling and casualty or theft losses included
   on line 27 . . . . . . . . . . . . . . . . . . . . .                     0.00
3. Is the amount on line 2 less than the amount on line 1?
   If no, your deduction is not limited.  Enter the amount
   from line 1 above on Schedule A, line 28.
   If yes, subtract line 2 from line 1 . . . . . . . . . .            54,312.64
4. Multiply line 3 above by 80% (.80) . . . . .        43,450.11
5. Enter the amount from Form 1040, line 35. . .    1,134,901.02
6. Enter: $139,500 ($69,750 if married filing
   separately) . . . . . . . . . . . . . . . .          139,500.00
7. Is the amount on line 6 less than the amount
   on line 5?
   If no, your deduction is not limited.  Enter
   the amount from line 1 above on Schedule A,
   line 28.
   If yes, subtract line 6 from line 5 . . . . .        995,401.02
8. Multiply line 7 above by 3% (.03) . . . . . .        29,862.03
9. Enter the smaller of line 4 or line 8 . . . . . . . . . .          29,862.03

10. Total itemized deductions.  Subtract line 9 from line 1.
    Enter the result here and on Schedule A, line 28  . . . .         24,450.61

IRSADMIN000049

BRIAN C. JAMES                                              ███-4054

---

Schedule D                  Capital Loss Carryover              Statement  10

---

```
 1. Enter the amount from Form 1040, line 38 . . . . . . . . . .1,110,450.41
 2. Enter the loss from Schedule D, line 18, as a positive amount.   3,000.00
 3. Combine lines 1 and 2. If zero or less, enter -0-  . . . . . .1,113,450.41
 4. Enter the smaller of line 2 or line 3 . . . . . . . . . . .    3,000.00

 5. Enter the loss from Schedule D, line 7b, as a positive amount.  166,407.73
 6. Enter the gain, if any, from Schedule D,
    line 16 . . . . . . . . . . . . . . . . . . . .
 7. Add lines 4 and 6 . . . . . . . . . . . . . . . . . . .        3,000.00
 8. Short-term capital loss carryover to 2004.
    Subtract line 7 from line 5. If zero or less, enter -0-  . . . 163,407.73

 9. Enter the loss from Schedule D, line 16, as a positive amount.  64,257.68
10. Enter the gain, if any, from Schedule D,
    line 7b . . . . . . . . . . . . . . . . . . . . .
11. Subtract line 5 from line 4.  If zero or less,
    enter -0- . . . . . . . . . . . . . . . . . . . .
12. Add lines 10 and 11 . . . . . . . . . . . . . . . . . . .
13. Long-term capital loss carryover to 2004.
    Subtract line 12 from line 9. If zero or less, enter -0-   . . 64,257.68
```

IRSADMIN000050

BRIAN C. JAMES                                          ████-4054

| Form 2106/SBE | Other Business Expenses | Statement 11 |
|---|---|---|

TRAVELING DOCTOR

| Description | Amount |
|---|---|
| BUSINESS LINE OF CREDIT INTEREST | 26,541.26 |
| Total to Form 2106/SBE, Part I, line 4 | 26,541.26 |

14021215 757821 1904A          2003.06010 JAMES, BRIAN C.          Statement(s) 11
                                                                   1904A__1

IRSADMIN000051

Form **2688**
Department of the Treasury
Internal Revenue Service

**Application for Additional Extension of Time To File
U.S. Individual Income Tax Return**
▶ See Instructions.
▶ You must complete all items that apply to you.

OMB No. 1545-0066

**2003**

| Please type or print. | Your first name and initial | Last name | Your social security number |
|---|---|---|---|
| | BRIAN C. | JAMES | ████ -4054 |
| File by the due date for filing your return. | If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | Home address (number and street) | | |
| | 3920 BEE RIDGE ROAD, BUILDING E | | |
| | City, town or post office, state, and ZIP code | | |
| | SARASOTA, FL 34233 | | |

Please fill in the Return Label at the bottom of this page.

**1** I request an extension of time until   **10/15/04**   , to file Form 1040EZ, Form 1040A, Form 1040,
Form 1040NR-EZ, or Form 1040NR for the calendar year 2003, or other tax year ending _____

**2** Explain why you need an extension. You must give an adequate explanation ▶
NEED ADDITIONAL TIME TO SUMMARISE RECORDS FROM TAXPAYER AND OUTSIDE
SOURCES.

**3** Have you filed Form 4868 to request an automatic extension of time to file for this tax year?   [X] Yes   [ ] No
If you checked "No," we will grant your extension only for undue hardship. Fully explain the hardship in item 2. Attach any information you have that helps explain the hardship.

If you expect to file a gift or generation-skipping transfer (GST) tax return, complete line 4.
**4** If you or your spouse plan to file a gift or GST tax return (Form 709 or 709-A) for 2003, generally due by
April 15, 2004, see the instructions and check here }   Yourself ............ ▶ [ ]
    Spouse ............ ▶ [ ]

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and, if prepared by someone other than the taxpayer, that I am authorized to prepare this form.

Signature of taxpayer ▶ _____   Date ▶ _____

Signature of spouse ▶ _____   Date ▶ _____

*(If filing jointly, both must sign even if only one had income.)*

Signature of preparer other than taxpayer ▶ *George V. Famiglio, Jr*   Date ▶ *8/16/04*

Please fill in the **Return Label** below with your name, address, and social security number. The IRS will complete the **Notice to Applicant** and return it to you.
If you want it sent to another address or to an agent acting for you, enter the other address and add the agent's name.

| | | (Do not detach) |
|---|---|---|
| Notice to Applicant | [✓] We **have** approved your application. | |
| | [ ] We **have not** approved your application. | |
| | However, we have granted you a 10-day grace period to _____-_____ . This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return. | |
| To Be Completed by the IRS | [ ] We **have not** approved your application. After considering the information you provided in item 2 above, we cannot grant your request for an extension of time to file. We are not granting a 10-day grace period. | |
| | [ ] We cannot consider your application because it was filed after the due date of your return. | |
| | [ ] Other | |

*James C. Gaither*

| | Date |
|---|---|

| Return Label (Please type or print) | Taxpayer's name (and agent's name, if applicable). If a joint return, also give spouse's name. | Taxpayer's social security number |
|---|---|---|
| | BRIAN C. JAMES | ████ -4054 |
| | C/O GEORGE V FAMIGLIO JR & ASSOC, CPA's | Spouse's social security number |
| | Number and street (include suite, room, or apt. no.) or P.O. box number | |
| | 1634 MAIN STREET | |
| | City, town or post office, state, and ZIP code | Agents: |
| | SARASOTA, FL 34236 | Always include taxpayer's name on Return Label. |

LHA   For Privacy Act and Paperwork Reduction Act Notice, see instructions.
313901/ 11-14-03

Form **2688** (2003)

IRSADMIN000052

▼ DETACH HERE ▼

---

**Form 4868**
Department of the Treasury
Internal Revenue Service

**Application for Automatic Extension of Time To File U.S. Individual Income Tax Return**
For calendar year 2003, or other tax year beginning            , 2003, ending ˜

OMB No. 1545-0188

**2003**

**Part I  Identification**

**1** Your name(s)  BRIAN C. JAMES
C/O GEORGE V FAMIGLIO JR & ASSOC, CPA's

Address
1634 MAIN STREET

City, town or post office, state, and ZIP code
SARASOTA, FL 34236

| **2** Your social security number | **3** Spouse's social security number |
|---|---|
| ▓▓▓▓-4054 | |

**Part II  Complete ONLY If Filing Gift/GST Tax Return**

**Caution:** *Only for gift/GST tax extension! Checking box(es) may result in correspondence if Form 709 or 709-A is not filed.*

This form also extends the time for filing a gift or generation-skipping transfer (GST) tax return if you file a calendar (not fiscal) year income tax return. Enter your gift or GST tax payment(s) in Part IV and:

If you are requesting a **Gift or GST tax** return extension, check this box ▶ ☐

If your spouse is requesting a **Gift or GST tax** return extension, check this box ▶ ☐

**Part III  Individual Income Tax**

| | | |
|---|---|---:|
| **4** | Estimate of total tax liability for 2003 ... $ | 200,000.00 |
| **5** | Total 2003 payments .......................... | 200,000.00 |
| **6** | **Balance due.** Subtract 5 from 4 ......... | 0.00 |

**Part IV  Gift/GST Tax –** If you are **not filing** a gift or GST tax return, go to Part V now. See the instructions.

| | | |
|---|---|---:|
| **7** | Your gift or GST tax payment ....... $ | |
| **8** | Your spouse's gift/GST tax payment ... | |

**Part V  Total**

| | | |
|---|---|---:|
| **9** | **Total liability.** Add lines 6, 7, and 8 ... $ | 0.00 |
| **10** | Amount you are paying ............... ▶ | 0.00 |

**Confirmation Number**

If you file electronically, you will receive a confirmation number telling you that your Form 4868 has been accepted. Enter the confirmation number here and keep it for your records ......... ▶

318711
12-05-03   LHA   **For Privacy Act and Paperwork Reduction Act Notice, see instructions.**

Form **4868** (2003)

19001231  757821  1904A        2003.05000  JAMES, BRIAN C.              1904A__1

Form **1040-V**

Department of the Treasury
Internal Revenue Service (99)

**Payment Voucher**

▶ Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

**2003**

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| ▆▆▆ 4054 | | | 339,773 | 97 |

**4** Your first name and initial
BRIAN C.

Last name
JAMES

If a joint return, spouse's first name and initial

Last name

Home address (number and street)
3920 BEE RIDGE ROAD, BUILDING E

Apt. no.

City, town or post office, state, and ZIP code
SARASOTA, FL   34233

310881 11-25-03

LHA

1

14021215 757821 1904A          2003.06010 JAMES, BRIAN C.          1904A__1

IRSADMIN000054

FGA6-0405
2569

RETURN RECEIPT
REQUESTED

7004 1160 0000 9723 6637

01/03/2005

INTERNAL REVENUE SERVICE CTR
ATLANTA GA 39901

U.S. POSTAGE
PAID
SARASOTA, FL
34236
DEC 29 '04
AMOUNT
$5.34
00069460-03

0000

39901

UNITED STATES
POSTAL SERVICE

IRSADMIN000055