# Form 3520-A

**Annual Information Return of Foreign Trust With a U.S. Owner**

(Under section 6048(b))
See separate instructions.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0160

**2002**

COPY

**NOTE:** All information must be in English. Show all amounts in U.S. dollars.

For calendar year 2002, or tax year beginning _____, 2002 and ending _____, 20 ___

Check appropriate boxes. ☐ Initial return ☐ Final return ☐ Amended return

## Part I — General Information (see instructions)

**1a Name of foreign trust**
HORNSBY TRUST

**1b Employer identification number**
[REDACTED]2999

**1c Number, street, and room or suite no.** (if a P.O. box, see instructions)
R.G. SOLOMON ARCADE, SUITE 11, P.O. BOX 605, MAIN STREET

**1d City or town**
CHARLESTOWN

**1e State or province**

**1f ZIP or postal code**

**1g Country**
NEVIS, WEST INDIES

**2** Did the foreign trust appoint a U.S. agent (defined on page 2 of the instructions) who can provide the IRS with all relevant trust information? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes ☐ No

If "Yes," skip lines 2a through 2e and go to line 3.
If "No," you are required to attach a copy of all trust documents as indicated below. If these documents have been attached to a Form 3520-A filed within the previous 3 years, attach only relevant updates.

Have you attached a copy of: | Yes | No | Attached Previously | Year Attached
---|---|---|---|---
a Summary of all written and oral agreements and understandings relating to the trust? | ☐ | ☐ | ☐ | _____
b The trust instrument? | ☐ | ☐ | ☐ | _____
c Memoranda or letters of wishes? | ☐ | ☐ | ☐ | _____
d Subsequent variances to original trust documents? | ☐ | ☐ | ☐ | _____
e Other trust documents? | ☐ | ☐ | ☐ | _____

**3a Name of U.S. agent**
OFFSHORE TRUST SERVICES, INC.

**3b Identification number**
[REDACTED]2000

**3c Number, street, and room or suite no.** (if a P.O. box, see instructions)
3350 BUSCHWOOD PARK DRIVE, SUITE 160

**3d City or town**
TAMPA

**3e State or province**
FL

**3f ZIP or postal code**
33618

**3g Country**
USA

**4a Name of trustee**
FIRST FIDELITY TRUST, LTD.

**4b Identification number, if any**
N/A

**4c Number, street, and room or suite no.** (if a P.O. box, see instructions)
R.G. SOLOMON ARCADE, SUITE 11, P.O. BOX 605, MAIN STREET

**4d City or town**
CHARLESTOWN

**4e State or province**

**4f ZIP or postal code**

**4g Country**
NEVIS, WEST INDIES

Exhibit 22

**5** Did the trust transfer any property (including cash) to another person (see instructions for definition) during the tax year? If "Yes," attach statement (see instructions). . . . . . . . . . . . . . . . . ☒ Yes ☐ No

**6** Enter the number of FOREIGN GRANTOR TRUST OWNER STATEMENTS (page 3) included with this Form 3520-A . . . 1

Under penalties of perjury, I declare that I have examined this return, including any accompanying reports, schedules, or statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Trustee's Signature: [signature]
Title: SECRETARY
Date: 3/11/03

Preparer's Signature: _____
Preparer's SSN or PTIN: _____
Date: _____

(HTA) For Paperwork Reduction Act Notice, see page 4 of instructions.  Form **3520-A** (2002)

SAB0114

Form 3520-A (2002)     HORNSBY TRUST                                              ▮▮2999      Page 2

## Part II — Foreign Trust Income Statement
Enter totals from books and records of foreign trust. (see instructions).

### Income

| # | Item | Amount |
|---|------|--------|
| 1 | Interest | |
| 2 | Dividends | |
| 3 | Gross rents and royalties | |
| 4 | Income (loss) from partnerships and fiduciaries | |
| 5 | Capital gains: | |
| 5a | Net short-term capital gain (loss) | |
| 5b | Net long-term capital gain (loss) | |
| 6 | Ordinary gains (losses) | |
| 7 | Other income (attach schedule) | |
| 8 | Total income (add lines 1 through 7) | 0 |

### Expenses

| # | Item | Amount |
|---|------|--------|
| 9 | Interest expense | |
| 10a | Foreign taxes (attach schedule) | |
| 10b | State and local taxes | |
| 11 | Amortization and depreciation (depletion) | |
| 12 | Trustee and advisor fees | 8,100 |
| 13 | Charitable contributions | |
| 14 | Other expenses (attach schedule) | |
| 15 | Total expenses (add lines 9 through 14) | 8,100 |
| 16 | Net income (loss) (subtract line 15 from line 8) | -8,100 |

17a Enter the fair market value (FMV) of total distributions from the trust to all persons, whether U.S. or foreign

b Distributions to U.S. owner:

| (i) Name of owner | (ii) Identification number | (iii) Date of distribution | (iv) FMV |
|---|---|---|---|
| | | | |
| | | | |

c Distributions to U.S. beneficiaries:

| (i) Name of beneficiary | (ii) Identification number | (iii) Date of distribution | (iv) FMV |
|---|---|---|---|
| | | | |
| | | | |

## Part III — Foreign Trust Balance Sheet

| | | Beginning of Tax Year | | End of Tax Year | |
|---|---|---|---|---|---|
| | Assets | (a) Amount | (b) Total | (c) Amount | (d) Total |
| 1 | Cash | | 190,000 | | 2,268 |
| 2 | Accounts receivable | | | | |
| 3 | Mortgages and notes receivable | | | | |
| 4 | Inventories | | | | |
| 5 | Government obligations | | | | |
| 6 | Other marketable securities | | | | |
| 7 | Other nonmarketable securities | | | | |
| 8a | Depreciable (depletable) assets | | | | |
| 8b | Less: accumulated depreciation (depletion) | | 0 | | 0 |
| 9 | Real property | | | | |
| 10 | Other assets (attach schedule) ANNUITY | | 0 | | 857,058 |
| 11 | Total assets | | 190,000 | | 859,326 |
| | **Liabilities** | | | | |
| 12 | Accounts payable | | | | |
| 13 | Contributions, gifts, grants, etc., payable | | | | |
| 14 | Mortgages and notes payable | | | | |
| 15 | Other liabilities (attach schedule) | | | | |
| 16 | Total liabilities | | 0 | | 0 |
| | **Net Worth** | | | | |
| 17 | Contributions to trust corpus | | 192,000 | | 863,821 |
| 18 | Accumulated trust income | | -2,000 | | -4,495 |
| 19 | Other (attach schedule) | | | | |
| 20 | Total net worth (add lines 17 through 19) | | 190,000 | | 859,326 |
| 21 | Total liabilities and net worth (add lines 16 and 20) | | 190,000 | | 859,326 |

Form **3520-A**   (2002)

SAB0115

Form 3520-A (2002)            Page **3**

## 2002 Foreign Grantor Trust Owner Statement (see instructions)

**Important:** Trustee must prepare a separate statement for each U.S. owner and include a copy of each statement with Form 3520-A. Trustee is also required to send to each U.S. owner a copy of the owner's statement. U.S. owner must attach a copy of the owner's statement to Form 3520.

**1 a** Name of foreign trust: HORNSBY TRUST
**b** Employer identification number: ▮2999
**c** Number, street, and room or suite no. (if a P.O. box, see instructions): R.G. SOLOMON ARCADE, SUITE 11, P.O. BOX 605, MAIN STREET
**d** City or town: CHARLESTOWN
**e** State or province:
**f** ZIP or postal code:
**g** Country: NEVIS, WEST INDIES

**2** Did the foreign trust appoint a U.S. agent (defined on page 2 of the instructions) who can provide the IRS with all relevant trust information? [X] Yes [ ] No
If "Yes," complete lines 3a through 3g.

**3 a** Name of U.S. agent: OFFSHORE TRUST SERVICES, INC.
**b** Identification number: ▮2000
**c** Number, street, and room or suite no. (if a P.O. box, see instructions): 3350 BUSCHWOOD PARK DRIVE, SUITE 160
**d** City or town: TAMPA
**e** State or province: FL
**f** ZIP or postal code: 33618
**g** Country: USA

**4 a** Name of trustee: FIRST FIDELITY TRUST, LTD.
**b** Identification number (if any): N/A
**c** Number, street, and room or suite no. (if a P.O. box, see instructions): R.G. SOLOMON ARCADE, SUITE 11, P.O. BOX 605, MAIN STREET
**d** City or town: CHARLESTOWN
**e** State or province:
**f** ZIP or postal code:
**g** Country: NEVIS, WEST INDIES

**5** The tax year of the owner of the foreign trust to which this statement relates    1/1/02-12/31/02

**6 a** Name of U.S. owner: BRIAN CHIVAS JAMES
**b** Identification number: ▮4051
**c** Number, street, and room or suite no. (if a P.O. box, see instructions): 1830 S. OSPREY #100
**d** City or town: SARASOTA
**e** State or province: FL
**f** ZIP or postal code: 34239
**g** Country: USA
**h** Service Center where U.S. owner files its income tax returns: ATLANTA, GA

**7** Attach an explanation of the facts and law (including the section of the Internal Revenue Code) that establishes that the foreign trust (or portion of the foreign trust) is treated for U.S. tax principles as owned by the U.S. person.    IRC SECTION 679

**8** If the trust did not appoint a U.S. agent, list the trust documents attached to Form 3520-A (see instructions).

**9** Gross value of the portion of the trust treated as owned by the U.S. owner . . . . . . . . . . . . $    859,326

### 2002 Statement of Foreign Trust Income Attributable to U.S. Owner (See instructions.)
Report each item on the proper form or schedule of your tax return.

**Income**

| | | |
|---|---|---:|
| 1 | Interest | 0 |
| 2 | Dividends | 0 |
| 3 | Gross rents and royalties | 0 |
| 4 | Income from partnerships and fiduciaries | 0 |
| 5 | Capital gains (losses) | 0 |
| 6 | Ordinary gains (losses) | 0 |
| 7 | Other income (attach schedule) | 0 |

**Expenses**

| | | |
|---|---|---:|
| 8 | Interest expense | 0 |
| 9 a | Foreign taxes (attach schedule) | 0 |
| b | State and local taxes | 0 |
| 10 | Amortization and depreciation (depletion) | 0 |
| 11 | Trustee and advisor fees | 8,100 |
| 12 | Charitable contributions | 0 |
| 13 | Other expenses (attach schedule) | 0 |

Under penalties of perjury, I declare that I have examined this return, including any accompanying reports, schedules, or statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Trustee Signature: *[signature]*     Title: SECRETARY     Date: 3/11/03

(HTA)                  Form **3520-A** (2002)

SAB0116

Form 3520-A (2002)     Page **4**

## 2002 Foreign Grantor Trust Beneficiary Statement

**Important:** Trustee must prepare a separate statement for each U.S. beneficiary that received a distribution from the trust during the tax year and include a copy of each statement with Form 3520-A. Trustee is also required to send to each such beneficiary a copy of the beneficiary's statement. U.S. beneficiary must attach a copy of its statement to Form 3520.

**1 a** Name of foreign trust: HORNSBY TRUST
**b** Employer identification number: [redacted]2999

**c** Number, street, and room or suite no. (if a P.O. box, see instructions): R.G. SOLOMON ARCADE, SUITE 11, P.O. BOX 605, MAIN STREET
**d** City or town: CHARLESTOWN
**e** State or province:
**f** ZIP or postal code:
**g** Country: NEVIS, WEST INDIES

**2** Did the foreign trust appoint a U.S. agent (defined on page 2 of the instructions) who can provide the IRS with all relevant trust information? ........ [X] Yes [ ] No
If "Yes," complete lines 3a through 3g.
If "No," do you agree that either the IRS or the U.S. beneficiary can inspect and copy the trust's permanent books of account, records, and such other documents that are necessary to establish that the trust should be treated for U.S. tax purposes as owned by another person? ........ [ ] Yes [ ] No

**3 a** Name of U.S. agent: OFFSHORE TRUST SERVICES, INC.
**b** Identification number: [redacted]2000
**c** Number, street, and room or suite no. (if a P.O. box, see instructions): 3350 BUSCHWOOD PARK DRIVE, SUITE 160
**d** City or town: TAMPA
**e** State or province: FL
**f** ZIP or postal code: 33618
**g** Country: USA

**4 a** Name of trustee: FIRST FIDELITY TRUST, LTD.
**b** Identification number (if any): N/A
**c** Number, street, and room or suite no. (if a P.O. box, see instructions): R.G. SOLOMON ARCADE, SUITE 11, P.O. BOX 605, MAIN STREET
**d** City or town: CHARLESTOWN
**e** State or province:
**f** ZIP or postal code:
**g** Country: NEVIS, WEST INDIES

**5** The first and last day of the tax year of the foreign trust to which Form 3520-A applies: 1/1/02, 12/31/02

**6 a** Name of U.S. beneficiary:
**b** Identification number:
**c** Number, street, and room or suite no. (if a P.O. box, see instructions):
**d** City or town:
**e** State or province:
**f** ZIP or postal code:
**g** Country:

**7** Description of property (including cash) distributed, or treated as distributed, to the U.S. person during the tax year. (See the instructions for Part III of Form 3520 for U.S. tax treatment of these amounts.)

| (a) Description of property | (b) FMV |
|---|---|
|  | 0 |
|  | 0 |
|  | 0 |

**8** Attach an explanation of the facts and law (including the section of the Internal Revenue Code) that establishes that the foreign trust (or portion of the foreign trust) is treated for U.S. tax principles as owned by another person.  **IRC SECTION 679**

**9** Owner of the foreign trust is (check one):
[X] Individual    [ ] Partnership    [ ] Corporation

Under penalties of perjury, I declare that I have examined this return, including any accompanying reports, schedules, or statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Trustee Signature: [signed]  Title: SECRETARY  Date: 3/11/03
(HTA)

Form **3520-A** (2002)

Hornsby Trust
███2999

## 2001 Form 3520-A Attachment
### Part I - Line 5
### Transfers of Property

| Entity to which property was transferred | US TIN | Country of Organization/ Residence | Description of Transfer | Property Transferred | FMV of Property Transferred |
|---|---|---|---|---|---|
| Fidelity Insurance Company | N/A | St. Vincent | Purchase of annuity | Cash | $ 851,453 |

SAB0118