**May, Michael W. (TAX)**

| | |
|---|---|
| **From:** | Steve Donaldson [steve.donaldson@fortress-anguilla.com] |
| **Sent:** | Thursday, October 06, 2011 3:32 PM |
| **To:** | May, Michael W. (TAX) |
| **Subject:** | Letter from Michael May/U.S. Dept of Justice re Brian C. James production request |
| **Attachments:** | An Overview - Sept 02.ppt |

Dear Michael:

Per your letter of September 26, I have reviewed all my records both hard copies and electronic.

1. I've attached a PowerPoint presentation from September 2002. To the best of my knowledge, the Cabo San Lucas meeting was held on 9/19/02. N.B. SOmetimes a single slide was used for 10 minutes and exhibits were passed out and discussed.
2. I do not have attendance sheets for these meetings but to the best of my knowledge, Dr. James attended.
3. N.B. It is not at all unusual for each session at a meeting like this to have less than 50% attendance. I therefore have no idea whether or not Dr. James has ever seen this presentation. There is a 50/50 chance he was at the pool, etc.
4. I was able to locate my e-mail files for July 30, 2004 but the referenced e-mail is not there. During the course of any day, like today, I probably receive from 100-200 e-mails. I only save the ones that contain data I wouldn't otherwise have access to. The e-mail you have requested was not there. In fact, for the entire day I saved just 2 e-mails.

   Please let me know if I can be of further help.

Sincerely,

*Steve*

Stephen P. Donaldson
Chairman

Fortress Financial Group, LLC (Anguilla) | The Law Building | P.O. Box 687 | The Valley | Anguilla, BWI |
Office 888-702-5585 | Cell 727-560-1240 | Fax 888-901-7156 |
Steve.Donaldson@Fortress-Anguilla.com         www.Fortress-Anguilla.com



Exhibit 49