

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: **MAY 1 6 2011**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of Brian C. James on respect to Civil Penalty taxes specified is true and complete transcript for the period ending Dec. 31, 2001 (200112) and all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. Consisting of 5 pages

under the custody of this office.



Exhibit 50

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Claudette Johnson
Accounting Operations Manager
Kansas City Submission Processing Center



Catalog Number 19002E   *U.S. GPO: 2000 – 533-039/07196   Form **2866** (Rev. 09-97)

IRSTran0001

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------

BRIAN C JAMES                               EIN/SSN: ███-██-4054


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2001

```
                                    ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT    DATE (23C,
                                    (REVERSAL)    (REVERSAL)   RAC 006 )
---------------------------------------------------------------------


           MISCELLANEOUS PENALTY        67,200.00              10-16-2006
           17254-665-52004-6  20064008

           ADDITIONAL TAX ASSESSED           0.00              10-16-2006
           17254-665-52004-6  20064008

01-15-2007 RECEIVED POA/TIA

02-12-2007 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

01-27-2007 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

02-26-2007 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-26-2007 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

05-21-2007 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

FORM 4340  (REV. 01-2002)              PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

BRIAN C JAMES                           EIN/SSN: XXX-XX-4054


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| 11-16-2007 | PENDING INSTALLMENT AGREEMENT | | | |
| 11-16-2007 | REVERSES PENDING INSTALLMENT AGREEMENT | | | |
| 02-26-2008 | OVERPAID CREDIT APPLIED 1040    200512 | | 529.58 | |
|  | ADDITIONAL TAX ASSESSED 19254-506-96100-8  20081708 | 0.00 | | 05-05-2008 |
| 05-19-2008 | OVERPAID CREDIT APPLIED 1040    200612 | | 17.75 | |
| 06-06-2008 | FEDERAL TAX LIEN | | | |
| 06-30-2008 | FEES AND COLLECTION COSTS | 20.00 | | |
| 06-03-2008 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 67,200.00 | |
|  | INTEREST ASSESSED 20082508 | 527.33 | | 06-30-2008 |
| 06-26-2008 | COLLECTIONS WORKING CASE | | | |
| 07-21-2008 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340 (REV. 01-2002)                 PAGE    2

IRSTran0003

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

BRIAN C JAMES                          EIN/SSN: ▮▮▮-▮▮-4054


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| 06-26-2008 | LEGAL SUIT PENDING | | | |
| 10-09-2008 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 8,352.19 | |
|  | INTEREST ASSESSED 20084308 | 8,352.19 | | 11-03-2008 |
| 10-01-2008 | LEGAL SUIT NO LONGER PENDING | | | |
| 10-22-2008 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 180.38 | |
|  | INTEREST ASSESSED 20084508 | 180.38 | | 11-17-2008 |
| 10-01-2008 | COLL DUE PROC HRNG RSLVD BY APPEALS-DETRMINATN LTR ISSUED, TXPYR WAIVD JUDCL REVW OR WTHDRW HRNG RQST | | | |
| 05-01-2009 | FEDERAL TAX LIEN RELEASED | | | |
|  | ADDITIONAL TAX ASSESSED 29254-742-05100-9  20095008 | 0.00 | | 12-28-2009 |
| 10-16-2006 | Statutory Notice of Balance Due | | | |
| 11-20-2006 | Notice of Balance Due | | | |

FORM 4340 (REV. 01-2002)           PAGE   3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------

BRIAN C JAMES                              EIN/SSN: █████-4054


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC 2001

|  |  | ASSESSMENT, | PAYMENT, | ASSESSMENT, |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT | DATE (23C, |
|  |  | (REVERSAL) | (REVERSAL) | RAC 006 ) |

------------------------------------------------------------------

12-25-2006 Statutory Notice of Intent to Levy


FORM 4340 (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER MATTERS

---

BRIAN C JAMES                           EIN/SSN: ███-4054


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC 2001

---

BALANCE          0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: *Claudette Johnson* (signature)

PRINT NAME: Claudette Johnson

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

          ACCOUNT STATUS DATE 04/27/2011

FORM 4340  (REV. 01-2002)                    PAGE    5