

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: MAY 16 2011

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: transcript of Brian C. James on respect to Civil Penalty taxes specified is true and complete transcript for the period ending Dec. 31, 2002 (200212) and all assessments, penalties, interest, abatements, credits, refunds, and advance or unidentified payments relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. Consisting of 4 pages

under the custody of this office.

**Exhibit 51**



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Claudette Johnson*

Claudette Johnson
Accounting Operations Manager
Kansas City Submission Processing Center

Catalog Number 19002E  *U.S. GPO: 2000 – 533-039/07196  Form **2866** (Rev. 09-97)

IRSTran0007

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

BRIAN C JAMES                              EIN/SSN: ▉▉▉-▉▉-4054


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2002

|  |  | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION |  |  |  |
|  | MISCELLANEOUS PENALTY<br>17254-665-52005-6  20064008 | 281,750.00 |  | 10-16-2006 |
|  | ADDITIONAL TAX ASSESSED<br>17254-665-52005-6  20064008 |  | 0.00 | 10-16-2006 |
| 01-15-2007 | RECEIVED POA/TIA |  |  |  |
| 02-12-2007 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 01-27-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED |  |  |  |
| 02-26-2007 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 02-26-2007 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 05-21-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED |  |  |  |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

BRIAN C JAMES                           EIN/SSN: ███-██-4054


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN       TAX PERIOD: DEC 2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| 11-16-2007 | PENDING INSTALLMENT AGREEMENT | | | |
| 11-16-2007 | REVERSES PENDING INSTALLMENT AGREEMENT | | | |
| | ADDITIONAL TAX ASSESSED 19254-506-96101-8  20081708 | | 0.00 | 05-05-2008 |
| 06-06-2008 | FEDERAL TAX LIEN | | | |
| 06-26-2008 | COLLECTIONS WORKING CASE | | | |
| 07-21-2008 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-26-2008 | LEGAL SUIT PENDING | | | |
| 07-28-2008 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 5,000.00 | |
| 10-09-2008 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 191,647.81 | |
| 10-01-2008 | LEGAL SUIT NO LONGER PENDING | | | |

FORM 4340 (REV. 01-2002)                     PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

BRIAN C JAMES                          EIN/SSN:       -4054


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN        TAX PERIOD: DEC  2002

|  |  | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION |  |  |  |
| 10-22-2008 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT |  | 128,641.04 |  |
|  | INTEREST ASSESSED 20084508 | 43,538.85 |  | 11-17-2008 |
| 10-01-2008 | COLL DUE PROC HRNG RSLVD BY APPEALS-DETRMINATN LTR ISSUED, TXPYR WAIVD JUDCL REVW OR WTHDRW HRNG RQST |  |  |  |
| 05-01-2009 | FEDERAL TAX LIEN RELEASED |  |  |  |
| 10-16-2006 | Statutory Notice of Balance Due |  |  |  |
| 11-20-2006 | Notice of Balance Due |  |  |  |
| 12-25-2006 | Statutory Notice of Intent to Levy |  |  |  |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

BRIAN C JAMES                              EIN/SSN: ███████4054


TYPE OF TAX: CIVIL PENALTY
FORM: CVPN      TAX PERIOD: DEC 2002
------------------------------------------------------------------------


BALANCE          0.00

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Claudette Johnson* (signature)

PRINT NAME: Claudette Johnson

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

         ACCOUNT STATUS DATE 04/27/2011

FORM 4340  (REV. 01-2002)                  PAGE    4

IRSTran0011