Case 8:11-cv-00271-JSM-AEP   Document 17-19   Filed 03/02/12   Page 1 of 2 PageID 368

**Internal Revenue Service**                                              **Department of the Treasury**

Date:
March 14th, 2005

Dr. James

Mr. Brian C. James
3920 Bee Ridge Road, Bldg E
Sarasota, FL 34233-1207

Taxpayer Identification Number:
▮▮▮-▮▮-4054
Form Number:
3520
Tax Period(s) Ended:
2001, 2002 & 2003

Person to Contact:
R. Fuentes

Contact Telephone Number:
305-982-5102
Contact Fax Number:
305-982-5404
Employee Identification Number:
65-02979
Refer Reply to:
Stop 4426:RAF
Last Date to Respond to this Letter:
April 27th, 2005

Dear Mr. James:

**Why We Are Sending You This Letter**

We have not received a response from you regarding the letter we mailed to you on January 27st, 2005, stating our intention to access penalties under Internal Revenue Code § 6677. In that letter we informed you of our intent to assess additional penalties in the amount of $10,000 per month, or portion of a month, if the required returns were not filed by April 27th, 2005. The initial portion of the penalty to be assessed is shown below.

| Form | Tax Year | Gross Reportable Amount | Penalty Rate % | Amount of Penalty |
|---|---|---|---|---|
| 3520 | 2001 | $ 192,000 | 35% | $ 67,200.00 |
| 3520 | 2002 | $ 671,821 | 35% | $ 235,137.35 |
| 3520 | 2003 | $ 1,024,169 | 35% | $ 358,459.15 |
| | | **Total Amount of Penalty** | | **$ 660,796.50** |

**Why You Are Required to File**

A U.S. person who is considered the owner of any portion of a foreign trust under the grantor trust rules (IRC § 671 through § 679) is responsible for ensuring that complete and accurate returns are timely filed with the Internal Revenue Service. Regulations and the enclosed Notice 97-34 provide filing dates and specify the information required to be reported on Form 3520, *Annual Return to Report Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts*

Exhibit 53

SAB0965

## What You Need to do

We want to encourage you to file the required returns to avoid additional penalties of $10,000 per month per required return. The penalties will continue to accrue at the rate of $10,000 per month until the required returns are received by the IRS. The maximum penalty for each return for each period is the "gross reportable amount" as defined in IRC § 6677 and Notice 97-34.

If you believe that you have reasonable cause for not filing a return, you must file the required return and submit a statement explaining your position and requesting consideration of reasonable cause. Generally reasonable cause for not filing does not exist after the date that Letter 3742 was issued. The required returns must be received by April 27th, 2005 to receive consideration of reasonable cause for not timely filing the returns.

Should you want someone to represent you in this matter, please complete Form 2848, *Power of Attorney and Declaration of Representation*, and submit it with your response. The Form 2848 should specify "Penalties under Internal Revenue Code Section 6677" as the "type of tax."

We must receive returns by April 27th, 2005 to avoid additional penalties. Assessed penalties must be paid and are collectible in the same manner as tax. The returns must be mailed to the address below.

> Internal Revenue Service
> Stop 4426: RAF
> 51 SW 1st Avenue #800
> Miami, FL 33130

If you have any questions, you may contact the person whose name and number appear at the beginning of this letter.

Thank you for your cooperation.

Sincerely yours,

Ramon A. Fuentes
Revenue Agent

Enclosures:
Copy of Letter 3742
Notice 97-34

SAB0966