IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |
|---|---|
| BRIAN CHIVAS JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 8:11-cv-00271-JSM-AEP |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF KENDALL C. JONES

I, Kendall C. Jones, am an attorney at Sutherland Asbill & Brennan LLP, and in my capacity as such, I share responsibility for representing the plaintiff in the above-captioned proceeding. Attached hereto, as exhibits to Plaintiff's Opposition to Motion for Summary Judgment, are true and correct copies of the following:

1. Deposition transcript and errata sheet of Brian Chivas James, October 6, 2011

2. Deposition transcript of Christopher Donaldson, September 21, 2011

3. Deposition transcript of George Famiglio, September 22, 2011

4. Deposition transcript of Eric Schmitz, November 15, 2011

16580268.1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.

Dated the 16th day of March, 2012.

Kendall C. Jones
Sutherland Asbill & Brennan LLP
1275 Pennsylvania, NW
Washington, D.C. 20004
Telephone: 202.383.0825
Facsimile: 202.637.3593
kendall.jones@sutherland.com