IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN CHIVAS JAMES,

    Plaintiff,

v.                                CASE NO: 8:11-cv-271-T-30AEP

UNITED STATES OF AMERICA,

    Defendant.
_____/

**VERDICT FORM -
SPECIAL INTERROGATORIES**

1. **WILLFUL NEGLECT AND REASONABLE CAUSE FOR 2001**

    1(a)  Has Plaintiff, Brian Chivas James, established by a preponderance of the evidence that his failure to timely file Form 3520 as the owner of the Hornsby Trust was not due to "willful neglect" for the period ending December 31, 2001?

    _____        ✓
    Yes                 No

*(If you answer "No," you may proceed to Interrogatory 2 without answering Interrogatory 1(b))*

    1(b)  Has Plaintiff, Brian Chivas James, established by a preponderance of the evidence that his failure to timely file Form 3520 as the owner of the Hornsby Trust was due to "reasonable cause" (as defined in the Court's instructions) for the period ending December 31, 2001?

    _____        _____
    Yes                 No

2. <u>WILLFUL NEGLECT AND REASONABLE CAUSE FOR 2002</u>

2(a) Has Plaintiff, Brian Chivas James, established by a preponderance of the evidence that his failure to timely file Form 3520 as the owner of the Hornsby Trust was not due to "willful neglect" for the period ending December 31, 2002?



    ‾‾‾‾‾‾               ‾‾‾‾‾‾
     Yes                No ✓

*(If you answer "No," you may proceed to Interrogatory 3 without answering Interrogatory 2(b))*

2(b) Has Plaintiff, Brian Chivas James, established by a preponderance of the evidence that his failure to timely file Form 3520 as the owner of the Hornsby Trust was due to "reasonable cause" (as defined in the Court's instructions) for the period ending December 31, 2002?

    ‾‾‾‾‾‾               ‾‾‾‾‾‾
     Yes                No

3. **WILLFUL NEGLECT AND REASONABLE CAUSE FOR 2003**

    3(a)   Has Plaintiff, Brian Chivas James, established by a preponderance of the evidence that his failure to timely file Form 3520 as the owner of the Hornsby Trust was not due to "willful neglect" for the period ending December 31, 2003?

    \_\_\_\_\_ Yes      ✓ No

*(If you answer "No," you do not need to answer Interrogatory 3(b))*

    3(b)   Has Plaintiff, Brian Chivas James, established by a preponderance of the evidence that his failure to timely file Form 3520 as the owner of the Hornsby Trust was due to "reasonable cause" (as defined in the Court's instructions) for the period ending December 31, 2003?

    \_\_\_\_\_ Yes      \_\_\_\_\_ No

**SO SAY WE ALL.**

                                                          *Dora B. Costello*
                                                              **Foreperson**

Dated: 10/2/2012