# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**BRIAN CHIVAS JAMES**

Plaintiff,

v.  Case No. 8:11-cv-271-T-30AEP

**UNITED STATES OF AMERICA**

Defendant.

_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant, United States of America, and against Plaintiff, Brian Chivas James.

Date: October 2, 2012

SHERYL L. LOESCH, CLERK

*[signature]*

By: S. Boswell, Deputy Clerk